Kasra Sadr, SBN 183765
k.sadr@carlawfirm.com
THE SADR LAW FIRM, APLC
1455 Frazee Rd, Suite 500
San Diego, CA 92108
Tel: (877) 577-7237
Fax: (877) 747-3297

Attorney for Defendants, The Sadr Law Firm, APLC, its dba, Car Law Firm, and Nationwide Vin Marketing, Inc., in pro per as to self

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA AKKAWI, an individual; YASMIN AKKAWI, an individual; KATELYN J. BUTTON, an individual; ERIC STELL, an individual; STEVE W. FOX, an individual; EDMOND TARVERDIAN, an individual,<br><br>PLAINTIFFS,<br><br>vs.<br><br>KASRA SADR, an individual; CAR LAW FIRM, a business entity form unknown; THE SADR LAW FIRM, a professional law corporation; NATIONWIDE VIN MARKETING, a business entity form unknown; CALIFORNIA DEPARTMENTS OF MOTOR VEHICLES, an Agency of the State of California; and DOES 1 through 20, inclusive,<br><br>DEFENDANTS. | Case No.: 2:20-cv-01034-MCE-AC<br>Senior Judge Morrison C. England Jr.; Magistrate Judge Allison Clair<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR ADDITIONAL TIME FOR RESPONSIVE PLEADING**<br><br>Hearing Information<br>Date: TBD<br>Time: TBD<br>Dept: TBD<br><br>Action Filed: May 20, 2020<br>Trial Date: None Set. |

1

In the Matter Akkawi, Diana v. Kasra Sadr et al, for an Order Granting the Approval of Defendant's Request for Additional Time to File a Responsive Pleading.

Plaintiffs, DIANA AKKAWI, YASMIN AKKAWI, KATELYN J. BUTTON, ERIC STELL, STEVE W. FOX, EDMOND TARVERDIAN, (hereinafter "PLAINTIFFS") filed a Stipulation for Service and Response Deadline ("Stipulation") pursuant to Local Rule 144(a), to extend to June 30, 2020, Defendant's, KASRA SADR, CAR LAW FIRM, THE SADR LAW FIRM, NATIONWIDE VIN MARKETING, (hereinafter "DEFENDANTS") response date of June 12, 2020.

On or about June 26, 2020 Defendants requested eight (8) more days extension to respond, making the response date for all Defendants July 8, 2020, to file their anticipated Rule 12(b)(6) and Anti-SLAPP special motion to strike. An eight-day extension of time is appropriate.

IT IS HEREBY ORDERED that Defendants request to file a responsive pleading on or before July 8, 2020 is GRANTED.

IT IS ORDERED.

Dated:  July 2, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING DEFENDANTS REQUEST FOR ADDITIONAL TIME FOR RESPONSIVE PLEADING**