Kasra Sadr, SBN 183765
k.sadr@carlawfirm.com
THE SADR LAW FIRM, APLC
1455 Frazee Rd, Suite 500
San Diego, CA 92108
Tel: (877) 577-7237
Fax: (877) 747-3297

Attorney for Defendants The Sadr Law Firm, APLC (dba Car Law Firm), and Nationwide Vin Marketing, Inc. In pro per as to self

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA AKKAWI, an individual; YASMIN AKKAWI, an individual; KATELYN J. BUTTON, an individual; ERIC STELL, an individual; STEVE W. FOX, an individual; EDMOND TARVERDIAN, an individual,<br><br>PLAINTIFFS,<br><br>vs.<br><br>KASRA SADR, an individual; CAR LAW FIRM, a business entity form unknown; THE SADR LAW FIRM, a professional law corporation; NATIONWIDE VIN MARKETING, a business entity form unknown; CALIFORNIA DEPARTMENTS OF MOTOR VEHICLES, an Agency of the State of California; and DOES 1 through 20, inclusive,<br><br>DEFENDANTS. | Case No.: 2:20-cv-01034-MCE-AC<br>Senior Judge Morrison C. England Jr.;<br>Magistrate Judge Allison Clair<br><br>**DECLARATION OF KASRA SADR IN SUPPORT OF DEFENDANTS KASRA SADR AND SADR LAW FIRM, APLC (dba CAR LAW FIRM)'s MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND ANTI-SLAPP**<br><br>Hearing Information<br>Date: August 20, 2020<br>Time: 2:00pm<br>Dept: 7<br><br>Action Filed: May 20, 2020<br>Trial Date: None Set. |

I, Kasra Sadr, do hereby declare and state:

1. I am an attorney at law duly licensed to practice before all courts of the State of California.

1

2. Except for those matters stated on information and belief, I have personal knowledge of the facts contained herein and if called upon as a witness, I would testify competently thereto. With respect to those matters stated on information and belief, I believe them to be true and would so testify if called.

3. I am the principal and CEO of the Sadr Law Firm, APLC. The Sadr Law Firm also has a DBA, by the name of Car Law Firm.

4. The Sadr Law Firm, APLC, through its dba in California, the Car Law Firm ("CLF"), and its founder Kasra Sadr, Esq. (Jointly "CLF Defendants") inform consumers of possible safety issues with the frame or structure of their used vehicles, and prosecute the cases where a violation of law exists under California Consumer Legal Remedies Act (CLRA) (*Cal. Civ. Code* § 1750 et seq.)

5. The consumers pay no out of pocket fees whatsoever (CLF pays all filing fees, depo fees, court costs, and expert fees), and in the rare cases where the consumers have had to pay fees (i.e. filing costs to a winning defendant ), the CLF has covered all such fees as well.

6. To the best of my knowledge, CLF is the only known law firm that "uncovers" damage and informs consumers of safety violations. As such CLF is hated by used car dealers as they believe that CLF is drumming up business, where otherwise the consumers had no previous gripe.

7. Used car dealers have filed countless Bar complaints, have sent me death threats, and have filed many complaints with the DMV. They have also filed a previous lawsuit against me to stop my actions.

8. Seven years ago, in January 2013, a used car dealer filed a lawsuit and attempted to stop similar safety letters from being sent out. Plaintiffs current counsel, Madison Harbor participated in that litigation in an attempt to stop me and the other CLF Defendants.

9. The attempt served unsuccessful as it was met with an Anti-SLAPP motion. Now, seven years later, 6 Plaintiffs, all associated with four different used car dealers and their counsel, Madison Harbor, are again taking another shot at stopping the safety/solicitation letters from being sent out.

10. On January 09, 2013 a used car dealer, Daniel Danalian, brought forth through his

2

DECLARATION OF KASRA SADR IN SUPPORT OF DEFENDANTS KASRA SADR AND SADR LAW FIRM, APLC (dba CAR LAW FIRM)'s MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND ANTI-SLAPP

corporation Daniel Danalian Salvage, Inc. dba Statewide Auto Sale, a Qui Tam action on behalf of the People of the State of California, in Los Angeles Superior Court, central district, case number BC498737, Hon. Michael L. Stern presiding ("Statewide Complaint").

11. Exhibit 1 to the Notice of Lodgment is a true and correct copy of the Statewide Complaint filed on January 9, 2013.

12. Madison Harbor (Plaintiffs' counsel) was a participant in the Statewide matter by filing an 85-page declaration by its principal, Ali Parvaneh.

13. Exhibit 2 to the Notice of Lodgment is a true and correct copy of Mr. Parvaneh's declaration signed by Mr. Parvaneh on July 24, 2013.

14. The CLF Defendants filed an Anti-SLAPP motion, which the court granted and dismissed the case in its entirety.

15. Exhibit 3 to the Notice of Lodgment is a true and correct copy of the Ruling on the Anti-SLAPP motion dated October 31, 2013.

16. CLF has two distinct departments. The first is its litigation department where it does access DMV records to obtain addresses, and the second is the safety notice/solicitation department where it does not access DMV records. To date, and to the best of my knowledge, the two departments, and their information have never crossed.

17. It is true that I submitted to the DMV a number of Attorney's Information Requests to obtain DMV names and addresses for the owners of the vehicles, in the *Murillo v. Paul Blanco's Good Car Company,* and the *Terrazas v. First Choice Auto Center Inc.*(as well as others), however none of those individuals was ever sent a safety/solicitation letter.

18. The information was solely used in connection with the lawsuits to which they related. If any of those individuals were ever subsequently represented by CLF, it would only be because they contacted CLF on their own volition, seeking representation.

19. While Plaintiffs claim that the cases were about "one" vehicle per lawsuit, in those cases (without going into attorney-client privilege), the other vehicles were necessary to show a pattern of

3

DECLARATION OF KASRA SADR IN SUPPORT OF DEFENDANTS KASRA SADR AND SADR LAW FIRM, APLC (dba CAR LAW FIRM)'s MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND ANTI-SLAPP

practice, a common Scheme, knowledge, and fraud. California Courts have routinely allowed me the right to get information relating to "other" VINS in discovery to show pattern and practice.

20. In *Mia Andrade V. Southern California Auto Sales*, Superior Court of California, Case no 30-2012-00596379-CU-BC-CJC, the court specifically allowed the use of "other" VINS even though defendant claimed the matter only related to "one" car.

21. Exhibit 4 to the Notice of Lodgment is a true and correct copy of the Superior Courts *Andrade* Tentative ruling (which then became the ruling itself) dated January 7, 2013.

22. Exhibit 5 to the Notice of Lodgment is a true and correct copy of another ruling where the court allowed "other" VINs to show pattern and practice, Case no 113CV247883, *Partsch v. Kow Loon Auto Sales, Inc.*, Superior Court of California County of Santa Clara, dated August 25, 2014.

23. At no time have any of the DMV witnesses sent any solicitation letters by our firm.

24. The Safety Notification/Solicitation Department of CLF is distinct from the litigation department. It obtains information from third party lists and it is extremely targeted. It covers about 3% of all used vehicles in the market, and is a list of Safety issued vehicles, that have been auction announced as Frame Damage/ Structure Damage (or major damage). The list used is not a general, mass mailing list. It is targeted to one person. The letters sent are personalized to the consumer, and relate directly to them, including specific vehicles, make, model, VIN, all unique to that consumer. Further these vehicles have gone through auctions that have announced them as having frame or major damage. The envelopes on the letters indicate "AUCTION ANNOUNCED FRAME DAMAGE", and the accompanying letters note that there may be safety issues.

25. While the lists are not perfect, and often mistakes are made on the lists, the purpose of the lists is to notify consumers that their vehicle may have a safety issue with frame/structural damage, and if that is the case, and if the used car dealer did not disclose this information to them properly, they may have rights under California's Consumer Protection Laws (*Cal. Civ. Code* § 1750 *et. Seq.*). These letters, therefore, serve two purpose. First, they serve the purpose of notifying safety issues, and then they serve the purpose of possible solicitation (if the used car dealer did not properly disclose).

4

DECLARATION OF KASRA SADR IN SUPPORT OF DEFENDANTS KASRA SADR AND SADR LAW FIRM, APLC (dba CAR LAW FIRM)'s MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND ANTI-SLAPP

26. Because of California's Bar association and rules of professional conduct requirements, CLF tags the letters as "solicitation letters".

27. The 6 plaintiffs in this case, bought a total of 5 cars (Eric Stell and Kaylyn Button bought one car jointly). All of their vehicles ended up on CLF's Frame Damage Lists. 4 out of 5 of those cars, the damage announcement is evident as it appears on an Autocheck (similar to car Fax).

28. Exhibit 6 to the Notice of Lodgment is true and correct copies of the Auto Checks as of June 9, 2020, on the 4 out of 5 Plaintiffs cars where the announcement appears on the Autocheck itself in red bold letters "AUCTION ANNOUNCED AS STRUCTURAL DAMAGE". The 5th Vehicle's damage does not show on an autocheck. (Autocheck itself admits that not all damage makes its way to it.) This 5th vehicle would first have to be inspected to either note the damage or determine that it was incorrectly on the list.

29. Exhibit 7 to the Notice of Lodgment is a true and correct copy of Eric M Stell's Been Verified online records check as of June 11, 2020.

30. Exhibit 8 to the Notice of Lodgment is a true and correct copy of Eric M Stell's google search as of June 11, 2020.

31. Exhibit 9 to the Notice of Lodgment is a true and correct copy of Katelyn M Button's Been Verified online records check as of June 11, 2020.

32. Exhibit 10 to the Notice of Lodgment is a true and correct copy of Katelyn M Button's google search as of June 11, 2020.

33. Exhibit 11 to the Notice of Lodgment is a true and correct copy of Stephen W. Fox' Been Verified online records check as of June 11, 2020.

34. Exhibit 12 to the Notice of Lodgment is a true and correct copy of Stephen W. Fox' google search as of June 11, 2020.

35. Exhibit 13 to the Notice of Lodgment is a true and correct copy of Yasmine Akkawi's Truthfinder online records check as of June 11, 2020.

36. Exhibit 14 to the Notice of Lodgment is a true and correct copy of Yasmine Akkawi's

1 google search as of June 11, 2020.

37. Exhibit 15 to the Notice of Lodgment is a true and correct copy of Diana Akkawi's Truthfinder online records check as of June 11, 2020.

38. Exhibit 16 to the Notice of Lodgment is a true and correct copy of Edward Tarverdian's Truthfinder online records check as of June 11, 2020.

39. Exhibit 17 to the Notice of Lodgment is a true and correct copy of Edward Tarverdian's google search as of June 11, 2020.

40. There are marketing companies that sell VIN information attached to consumers. One company that sells VIN information is BB direct. www.bbdirect.com. Their website states that they have a specific "automobile Mailing List" which is "Multi Sourced, DPPA compliant" with "VIN included".

41. Exhibit 18 to the Notice of Lodgment is a true and correct copy a relevant portion of BB Direct's website, printed June 11, 2020.

42. Another company that proports to sell a VIN lisst is A Best Way, www.abestway.net which has a VIN owner lookup. Exhibit 19 to the Notice of Lodgment is a true and correct copy a relevant portion of A Best Way's website, printed June 11, 2020.

43. Another company that proports to sell a VIN lists is Been Verified www.beenverified.com. Exhibit 20 to the Notice of Lodgment is a true and correct copy a relevant portion of A Best Way's website, printed June 11, 2020.

44. I do not know from where our third party marketing lists are aggregated, but do know that the DMV does not have the sole information on vehicles and their owners.

45. Each and every one of the 6 Plaintiffs is associated with a used car dealer that CLF currently has a matter against. Plaintiff Stell (and Katlyn Button who bought car jointly with Stell) is the CEO and Director of Sunny Hills Auto Sales Inc., according to the California Secretary of State filings (Statement of Information).

46. Exhibit 21 to the Notice of Lodgment is a true and correct copy of Sunny Hills Auto

6
DECLARATION OF KASRA SADR IN SUPPORT OF DEFENDANTS KASRA SADR AND SADR LAW FIRM, APLC (dba CAR LAW FIRM)'s MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND ANTI-SLAPP

Sales, Inc.'s California Secretary of State Filing, filed on March 11, 2019, as it appears on the Secretary of State's website.

47. I, through SLF and CLF, have brought forth at least 10 consumer claims for our clients against Sunny Hills Auto Sales, Inc. The claims are in superior court, arbitration, and pre-fling notice stage.

48. Exhibit 22 to the Notice of Lodgment is a true and correct copy the Consumer Legal Remedies Act (CLRA) demand on *Ignacio Burgueno v. Sunny Hills Auto Sales, Inc.*, sent August 14, 2019.

49. Exhibit 23 to the Notice of Lodgment is a true and correct copy the Complaint in *Elisa Cabrera v. Sunny Hills Auto Sales, Inc.*, Orange County Superior Court, 30-2019-01044615-CL-CO-CJC, filed January 15, 2019.

50. Exhibit 24 to the Notice of Lodgment is a true and correct copy the Complaint in *Pierre Curry v. Sunny Hills Auto Sales, Inc.*, San Diego Superior Court, 37-2018-00044829-CU-CO-CTL, filed September 5, 2018.

51. Exhibit 25 to the Notice of Lodgment is a true and correct copy the arbitration filing in *Malika Givehand v. Sunny Hills Auto Sales, Inc.*, case no. 01-18-0004-5123, filed with the American Arbitration Association (hereinafter "AAA") on October 10, 2019.

52. Exhibit 26 to the Notice of Lodgment is a true and correct copy the Consumer Legal Remedies Act (CLRA) demand on *Dajamonea E. Grigsby v. Sunny Hills Auto Sales, Inc.,* sent April 12, 2019.

53. Exhibit 27 to the Notice of Lodgment is a true and correct copy the Complaint in *Ladonna McNeil v. Sunny Hills Auto Sales, Inc.*, Los Angeles Superior Court, 19STLC07639, filed August 16, 2019.

54. Exhibit 28 to the Notice of Lodgment is a true and correct copy the AAA arbitration filing in *Judith C Miranda v Sunny Hills Auto Sales, Inc.* AAA arbitration filing, Case No. 01-19-0003-4903, filed with the American Arbitration Association on October 30, 2019.

7

DECLARATION OF KASRA SADR IN SUPPORT OF DEFENDANTS KASRA SADR AND SADR LAW FIRM, APLC (dba CAR LAW FIRM)'s MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND ANTI-SLAPP

55. Exhibit 29 to the Notice of Lodgment is a true and correct copy the Consumer Legal Remedies Act (CLRA) demand on *Sean Romich and Stephanie Morales v Sunny Hills Auto Sales, Inc.,* sent April 16, 2019.

56. Exhibit 30 to the Notice of Lodgment is a true and correct copy the Consumer Legal Remedies Act (CLRA) demand on *Teresa M Najera v Sunny Hills Auto Sales, Inc.,* sent November 20, 2019.

57. Exhibit 31 to the Notice of Lodgment is a true and correct copy the Consumer Legal Remedies Act (CLRA) demand on *George L Torres v. Sunny Hills Auto Sales, Inc.,* sent September 19, 2018.

58. Exhibit 32 to the Notice of Lodgment is a true and correct copy the Statement of Information for Akkawi Motors, Inc., filed with the California Secretary of State on November 12, 2015.

59. Exhibit 33 to the Notice of Lodgment is a true and correct copy the AAA arbitration filing in *CM Young v. Akkawi motors, Inc.*, Case Number: 01-20-0000-5455, filed with the American Arbitration Association on February 14, 2020.

60. Exhibit 34 to the Notice of Lodgment is a true and correct copy the Statement of Information for Car City, Inc., filed with the California Secretary of State on December 10, 2009.

61. Exhibit 35 to the Notice of Lodgment is a true and correct copy the Statement of Information for Grandview Financial Services, Inc. filed with the California Secretary of State on December 10, 2012.

62. Exhibit 36 to the Notice of Lodgment is a true and correct copy the Consumer Legal Remedies Act (CLRA) demand on *Vazrik Khodaverdi v. Car City Inc,* sent February 28, 2020.

63. Exhibit 37 to the Notice of Lodgment is a true and correct copy the Consumer Legal Remedies Act (CLRA) demand on *Alika Stewart v. [dealer] and Grandview Financial Services, Inc.,* sent January 31, 2020.

64. Exhibit 38 to the Notice of Lodgment is a true and correct copy the Consumer Legal

8

DECLARATION OF KASRA SADR IN SUPPORT OF DEFENDANTS KASRA SADR AND SADR LAW FIRM, APLC (dba CAR LAW FIRM)'s MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND ANTI-SLAPP

Remedies Act (CLRA) demand on *Alida Ramon v. [dealer] and Grandveiw Financial Services, Inc.,* sent October 8, 2019.

65. Exhibit 39 to the Notice of Lodgment is a true and correct copy the AAA arbitration award on *Kristal Trejo v. [dealer] and Grandview Financial Services, Inc.,* signed by Arbitrator Alan R. Jampol, dated September 20, 2019.

66. Exhibit 40 to the Notice of Lodgment is a true and correct copy the Consumer Legal Remedies Act (CLRA) demand on *Lucas Silva and Maria Rojas v. Epic Motors.*, sent April 27, 2020.

67. Exhibit 41 to the Notice of Lodgment is a true and correct copy the Consumer Legal Remedies Act (CLRA) demand on *Abelardo Magumen v. Epic Motors.*, sent October 4, 2018.

68. At no time has any information from Kasra Sadr, Sadr Law Firm, or Car Law Firm, whether it came from DMV or any other entity or list, ever been transferred to Defendant Nationwide VIN marketing. To date Kasra Sadr, Sadr Law Firm or Car Law Firm has never conducted any business or transferred any data relating to anyone to Nationwide VIN Marketing.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on the date stated below in the City of San Diego, County of San Diego, State of California.

Dated on this 6th day of July 2020:      Kasra Sadr

By: _____
Kasra Sadr, Declarant

**DECLARATION OF KASRA SADR IN SUPPORT OF DEFENDANTS KASRA SADR AND SADR LAW FIRM, APLC (dba CAR LAW FIRM)'s MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND ANTI-SLAPP**