Ali Parvaneh, Esq. (SBN 218320)
aparvaneh@madisonlawapc.com
James Sifers, Esq. (SBN 259105)
jsifers@madisonlawapc.com
Dixon Gardner, Esq. (SBN 213119)
dgardner@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: (949) 756-9050
Facsimile: (949) 756-9060

Attorneys for Plaintiffs Diana Akkawi, Yasmin Akkawi, Katelyn J. Button, Eric Stell, Steve W. Fox, and Edmond Tarverdian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA AKKAWI, an individual; YASMIN AKKAWI, an individual; KATELYN J. BUTTON, an individual; ERIC STELL, an individual; STEVE W. FOX, an individual; EDMOND TARVERDIAN, an individual;<br><br>Plaintiffs,<br>v.<br><br>KASRA SADR, an individual; CAR LAW FIRM, a business entity form unknown; THE SADR LAW FIRM, a professional law corporation; NATIONWIDE VIN MARKETING, a business entity form unknown; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, an Agency of the State of California; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01034-MCE-AC<br>Assigned to: Senior Judge Morrison C. England Jr. and Magistrate Judge Allison Clair<br><br>**ORDER ON JOINT DISCOVERY PLAN**<br><br>Action Filed:  May 20, 2020<br>Trial Date:     None Set |

Pursuant to the Court's Initial Pretrial Scheduling Order, Plaintiffs Diana Akkawi, Yasmin Akkawi, Katelyn J. Button, Eric Stell, Steve W. Fox, and Edmond Tarverdian ("Plaintiffs"), through their counsel of record; James S. Sifers of Madison Law, APC; and Defendants Kasra Sadr ("Defendant Sadr"), Car Law Firm ("Defendant CLF"), The Sadr Law Firm ("Defendant SLF"), and Nationwide VIN Marketing ("Defendant Nationwide") (collectively "Defendants"), through their counsel of record; Kasra Sadr of The Sadr Law Firm, conducted a FRCP Rule 26(f) conference on November 4, 2021, and further consulted by e-mail thereafter.[1]  Plaintiffs and Defendants are jointly referred to as the "Parties."  As a result of that conference, the Parties agreed on a Joint Discovery Plan and submitted the same to the Court.  The Joint Discovery Plan is approved as follows:

**A.   JOINT DISCOVERY PLAN**

1. **INITIAL DISCLOSURES:**  To be provided within 14 days of execution of the Joint Discovery Plan.  Timing of discovery is to be per the Court's Initial Pretrial Scheduling Order.

2. **PRESERVATION OF DISCOVERABLE INFORMATION:**  The Parties are ordered to take all reasonable and necessary steps to preserve any discoverable information.

3.  **DEPOSITIONS:**  Depositions to be conducted per FRCP Rule 30.  Should the need arise for additional depositions, the Parties shall meet and confer,

---

[1] Defendant California Department of Motor Vehicles was voluntarily dismissed on June 15, 2020.

and should that not produce a resolution, the Parties may seek leave to take additional depositions from this Court.

4. **INTERROGATORIES:** The Parties agreed to alter the limit for interrogatories stated in FRCP Rule 33(a)(1) to 100 per side. Should the need arise for additional interrogatories, the Parties shall meet and confer, and should that not produce a resolution, the Parties may seek leave to propound additional interrogatories from this Court.

5. **DOCUMENT REQUESTS:** Document requests to be conducted per FRCP Rule 34.

6. **REQUESTS FOR ADMISSION:** Requests for admissions to be conducted per FRCP Rule 34.

7. **SCOPE OF DISCOVERY:** The Parties agreed that the scope of the discovery to be conducted should be focused on the claims as alleged in the Complaint and the defenses as framed by the Answer.

8. **ELECTRONICALLY STORED INFORMATION:** Electrically stored information shall be preserved as noted in Paragraph 2.

9. **POTENTIAL PRIVILEGE ISSUES:** Defendants have raised the possibility of potential trade secret issues. The Parties shall meet and confer regarding any such issue, and may seek orders from this Court to the extent necessary.

///
///

IT IS HEREBY ORDERED THAT the Parties' Joint Discovery Plan is APPROVED.  The Parties are further ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion.  The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial.  After review of the Parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

IT IS SO ORDERED.

Dated:  February 28, 2022

*[signature]*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE