UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA AKKAWI, et al., | No. 2:20-cv-01034 MCE AC |
| Plaintiffs, | |
| v. | ORDER |
| KASRA SADR, et al., | |
| Defendants. | |

The parties have filed a stipulation to continue the hearing on plaintiffs' motion to compel (ECF No. 123), which the court had advanced to February 8, 2023. ECF Nos. 124 (minute order advancing hearing) ECF No. 125 (stipulation to continue hearing). The motion to compel was originally noticed for hearing on February 22, 2023. ECF No. 213. The court is unavailable on that date and the dispute has already been fully briefed, so the hearing was advanced to ensure its resolution prior to the close of discovery on March 20, 2023. See ECF No. 97 (resetting discovery deadline). The parties now stipulate to move the hearing "to March 22, 2023, or a date thereafter convenient for this court." ECF No. 125-1 at 2.

The date is requested "in light of a prior obligation." ECF No. 125-1 at 2. That obligation is unspecified. The stipulation reads: "… all attorneys of record for the Parties are not aware of any prejudice to the Parties or any witness in the case that will be caused by the requested

1

continuance." ECF No. 125-1.  This statement is perplexing because all counsel should be well aware that moving the hearing on this motion to a date after discovery closes will result in the motion being denied as untimely.

For the reasons state above, IT IS HEREBY ORDERED that:

1. The stipulation to continue the hearing (ECF No. 125) is DENIED.  If plaintiffs wish to forego their right to having the pending motion to compel heard, they may withdraw it.
2. Any counsel that does not appear for the Zoom hearing on February 8, 2023 at 10:00 a.m. before the undersigned—or make arrangements for alternative counsel to specially appear on behalf of their client, prepared to argue the motion—will be subject to monetary sanctions to be paid directly by counsel in an amount the court deems appropriate.

IT IS SO ORDERED.

DATE: February 2, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE