UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA AKKAWI, et al. | No.  2:20-cv-01034-MCE-AC |
| Plaintiffs, | |
| v. | **ORDER** |
| KASRA SADR, et al., | |
| Defendants. | |

After a comprehensive review of the case docket and on the Court's own motion, the following is HEREBY ORDERED:

1) The Stipulation and Proposed Order filed at ECF No. 31 is DENIED with prejudice for failing to comply with Local Rule 137(b).

2) The Amended Motion to Dismiss filed at ECF No. 174 is STRICKEN as improperly filed.  See Local Rule 230(a).  The Motion to Dismiss at ECF No. 107 is fully briefed and remains submitted before this Court.  The Clerk of Court is directed to reinstate and resubmit ECF No. 107.  Counsel is strongly admonished for attempting to amend a fully briefed motion causing an unnecessary expenditure of judicial economy.  Any further filings of this nature will be disregarded and/or result in sanctions upon the filing counsel without further notice of this Court.

///

     3)  The Motions filed at ECF Nos. 171 and 172 are SUBMITTED without argument pursuant to Local Rule 230(b).  Any noticed hearing dates for these motions are VACATED.

     4)  The Motions filed at ECF Nos. 137 and 140 remain SUBMITTED and without hearing.

     5)  The case is STAYED in its entirety and all hearings, due dates, and deadlines set before Senior District Judge Morrison C. England, Jr. are VACATED.  No further motions will be considered by this Court until such time as orders resolving the parties' currently submitted motions are filed.  If necessary, the Court will issue an amended pretrial scheduling order.

Counsel in this matter are strongly cautioned that any further failure to comply with this Court's orders and the local and federal rules of court, will result in the imposition of sanctions, up to and including terminating sanctions upon no further notice to the parties.

IT IS SO ORDERED.

Dated:  April 5, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE