Ali Parvaneh, Esq. (SBN 218320)
aparvaneh@madisonlawapc.com
James Sifers, Esq. (SBN 259105)
jsifers@madisonlawapc.com
Susanna F. Wiseman, Esq. (SBN 281234)
swiseman@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: (949) 756-9050
Facsimile: (949) 756-9060

Attorneys for Plaintiffs Diana Akkawi, Yasmin Akkawi, Katelyn J. Button, Eric Stell, Steve W. Fox, and Edmond Tarverdian

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA AKKAWI, an individual; YASMIN AKKAWI, an individual; KATELYN J. BUTTON, an individual; ERIC STELL, an individual; STEVE W. FOX, an individual; EDMOND TARVERDIAN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>KASRA SADR, an individual; CAR LAW FIRM, a business entity form unknown; THE SADR LAW FIRM, a professional law corporation; NATIONWIDE VIN MARKETING, a business entity form unknown; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, an Agency of the State of California; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01034-MCE-AC<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed: May 20, 2020<br>Trial Date:    None Set. |

CERTIFICATE OF SERVICE
-1-
2:20-cv-01034-MCE-AC

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Jessica Ruiz, am a citizen of the United States and am at least 18 years of age. My business address is 17702 Mitchell North, Irvine, CA 92614. I am not a party to this case. I have caused service of the attached:

**JOINT STATUS REPORT**

on the parties to this case by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated on this 19th day of December, 2023, by:

*[signature]*

Jessica Ruiz