James Sifers, Esq. (SBN 259105)
jsifers@madisonlawapc.com
Susanna F. Wiseman, Esq. (SBN 281234)
swiseman@madisonlawapc.com
Alexis A. Jugan, SBN 340699
ajugan@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: (949) 756-9050
Facsimile: (949) 756-9060

Attorneys for Plaintiffs Diana Akkawi, Yasmin Akkawi, Katelyn J. Button, Eric Stell, Steve W. Fox, and Edmond Tarverdian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA AKKAWI, an individual; YASMIN AKKAWI, an individual; KATELYN J. BUTTON, an individual; ERIC STELL, an individual; STEVE W. FOX, an individual; EDMOND TARVERDIAN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>KASRA SADR, an individual; CAR LAW FIRM, a business entity form unknown; THE SADR LAW FIRM, a professional law corporation; NATIONWIDE VIN MARKETING, a business entity form unknown; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, an Agency of the State of California; RYAN BANCAYA, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01034-MCE-AC<br>Senior Judge Morrison C. England Jr.;<br>Magistrate Judge Allison Clair<br><br>**PLAINTIFFS' STATEMENT OF DISPUTED FACTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Information:<br>Date:     March 21, 2024<br>Time:    10:00 a.m.<br>Dept:    7<br>Judge:   Hon. Morrison C. England, Jr., Senior US District Judge<br><br>*(Hearing vacated per Court's February 15, 2024 Minute Order)*<br><br>Action Filed:   May 20, 2020<br>Trial Date:     None Set. |

# PLAINTIFFS' STATEMENT OF DISPUTED FACTS

| Plaintiffs' Disputed Facts | Defendants' Response |
|---|---|
| 1. Plaintiff Steve W. Fox's 2007 Toyota Camry bearing Vehicle Identification Number ("VIN") JTNBB46K973030041 ("Camry") was registered in his name following his purchase of the Camry with the California Department of Motor Vehicles ("DMV") on or about January 5, 2018.<br><br>Supporting Evidence<br>Declaration of Steve W. Fox ("Fox Decl."), ¶¶ 2-3; Declaration of James S. Sifers ("Sifers Decl."), ¶ 4, Ex. 1 | |
| 2. Plaintiff Fox did not authorize any person or entity with whom he provided the VIN of the Camry to sell his personal information or send marketing materials to him.<br><br>Supporting Evidence<br>Fox Decl., ¶¶ 4, 6 | |

| | | |
|---|---|---|
| 3. | Plaintiff Fox does not recall providing his personal information to anyone other than the car dealer he purchased the Camry from, the DMV, and his insurance company.<br><br>Supporting Evidence<br>Fox Decl., ¶ 7 | |
| 4. | In or around May 2019, Defendants sent Plaintiff Fox a letter to solicit him as a potential client for a lawsuit regarding alleged frame damage to the Camry.<br><br>Supporting Evidence<br>Fox Decl., ¶ 5; Complaint, ¶ 38, Complaint Ex. 11; Defendants' October 21, 2021 Answers, ¶ 38 (admitted) | |
| 5. | Plaintiff Edmond Tarverdian's 2014 Volkswagen Jetta 4C bearing VIN 3VW2K7AJXEM302528 ("Jetta") was registered in his name following his purchase of the Jetta with the DMV on or about May 17, 2018. | |

| | | |
|---|---|---|
| | Supporting Evidence<br><br>Declaration of Edmond Tarverdian ("Tarverdian Decl."), ¶¶ 2-3; Sifers Decl., ¶ 4, Ex. 2 | |
| | 6. Plaintiff Tarverdian did not authorize any person or entity with whom he provided the VIN of the Jetta to sell his personal information or send marketing materials to him.<br><br>Supporting Evidence<br>Tarverdian Decl., ¶¶ 4, 7 | |
| | 7. Plaintiff Tarverdian does not recall providing his personal information to anyone other than the car dealer he purchased the Jetta from, the DMV, and his insurance company.<br><br>Supporting Evidence<br>Tarverdian Decl., ¶ 8 | |
| | 8. In or around December 2019, Defendants sent Plaintiff Tarverdian | |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | a letter to solicit him as a potential client for a lawsuit regarding alleged frame damage to the Jetta.<br><br>Supporting Evidence<br>Tarverdian Decl., ¶ 5; Complaint ¶ 39, Complaint Ex. 16; Defendants' October 21, 2021 Answers, ¶ 39 (admitted) | |
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23 | 9. In or around March 2020, Defendants sent Plaintiff Tarverdian another letter to solicit him as a potential client for a lawsuit regarding alleged frame damage to the Jetta.<br><br>Supporting Evidence<br>Tarverdian Decl., ¶ 6; Complaint ¶ 40, Complaint Ex. 17; Defendants' October 21, 2021 Answers, ¶ 40 (admitted) | |
| 24<br>25<br>26<br>27<br>28 | 10.   Plaintiff Eric Stell's 2013 Hyundai Accent bearing VIN KMHCT5AE3DU106612 ("Accent") was registered in his name following his purchase of the | |

(MADISON LAW, APC — 17702 Mitchell North, Irvine, CA 92614 — Tel (949) 756-9050 · Fax (949) 756-9060)

| | | |
|---|---|---|
| | Accent with the DMV on or about October 18, 2016.<br><br>Supporting Evidence<br>Declaration of Eric Stell ("Stell Decl."), ¶¶ 2-3; Sifers Decl., ¶ 4, Ex. 3 | |
| 11. | Plaintiff Stell did not authorize any person or entity with whom he provided the VIN of the Accent to sell his personal information or send marketing materials to him.<br><br>Supporting Evidence<br>Stell Decl., ¶¶ 4, 6 | |
| 12. | Plaintiff Stell does not recall providing his personal information to anyone other than the car dealer he purchased the Accent from, the DMV, and his insurance company.<br><br>Supporting Evidence<br>Stell Decl., ¶ 7 | |
| 13. | In or around October 2018, | |

| | |
|---|---|
| Defendants sent Plaintiff Stell a letter to solicit him as a potential client for a lawsuit regarding alleged frame damage to the Accent.<br><br>Supporting Evidence<br>Stell Decl., ¶ 5; Complaint ¶ 32, Complaint Ex. 5; Defendants' October 21, 2021 Answers, ¶ 32 (admitted) | |
| 14.  Plaintiff Katelyn J. Button's 2013 Hyundai Accent bearing VIN KMHCT5AE3DU106612 ("Accent") was registered in her name following her purchase of the Accent with the DMV on or about October 18, 2016.<br><br>Supporting Evidence<br>Declaration of Katelyn J. Button ("Button Decl."), ¶¶ 2-3; Sifers Decl., ¶ 4, Ex. 4 | |
| 15.  Plaintiff Button did not authorize any person or entity with whom she provided the VIN of the Accent to | |

| | |
|---|---|
| sell her personal information or send marketing materials to her.<br><br>Supporting Evidence<br>Button Decl., ¶¶ 4, 6 | |
| 16. Plaintiff Button does not recall providing her personal information to anyone other than the car dealer she purchased the Accent from, the DMV, and her insurance company.<br><br>Supporting Evidence<br>Button Decl., ¶ 7 | |
| 17. In or around October 2018, Defendants sent Plaintiff Button a letter to solicit her as a potential client for a lawsuit regarding alleged frame damage to the Accent.<br><br>Supporting Evidence<br>Button Decl., ¶ 5; Complaint ¶ 32, Complaint Ex. 5; Defendants' October 21, 2021 Answers, ¶ 32 (admitted) | |

| | |
|---|---|
| 18. Plaintiff Diana Akkawi's 2015 Chevrolet Trax bearing VIN 3GNCJNSB3FL235663 ("Trax") was registered in her name following her purchase of the Trax with the DMV on or about August 2, 2018.<br><br>Supporting Evidence<br>Declaration of Diana Akkawi ("Diana Decl."), ¶¶ 2-3; Sifers Decl., ¶ 4, Ex. 5 | |
| 19. Plaintiff Diana Akkawi did not authorize any person or entity with whom she provided the VIN of the Trax to sell her personal information or send marketing materials to her.<br><br>Supporting Evidence<br>Diana Decl., ¶¶ 4, 7 | |
| 20. Plaintiff Diana Akkawi does not recall providing her personal information to anyone other than the car dealer she purchased the Trax from, the DMV, and her | |

| | | |
|---|---|---|
| | insurance company.<br><br>Supporting Evidence<br>Diana Decl., ¶ 8 | |
| | 21.   In or around December 2019, Defendants sent Plaintiff Diana Akkawi a letter to solicit her as a potential client for a lawsuit regarding alleged frame damage to the Trax.<br><br>Supporting Evidence<br>Diana Decl., ¶ 5; Complaint ¶ 34, Complaint Ex. 7; Defendants' October 21, 2021 Answers, ¶ 34 (admitted) | |
| | 22.   In or around March 2020, Defendants sent Plaintiff Diana Akkawi another letter to solicit her as a potential client for a lawsuit regarding alleged frame damage to the Trax.<br><br>Supporting Evidence<br>Diana Decl., ¶ 6; Complaint ¶ 36, Complaint Ex. 9; Defendants' | |

| | | |
|---|---|---|
| 1<br>2<br>3 | October 21, 2021 Answers, ¶ 36 (unable to admit or deny) | |
| 4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | 23.   Plaintiff Yasmin Akkawi's 2017 Kia Sorrento bearing VIN 5XYPGDA52HG201786 ("Sorrento") was registered in her name following her purchase of the Sorrento with the DMV.<br><br>Supporting Evidence<br>Declaration of Yasmin Akkawi ("Yasmin Decl."), ¶¶ 2-3 | |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | 24.   Plaintiff Yasmin Akkawi did not authorize any person or with entity whom she provided the VIN of the Sorrento to sell her personal information or send marketing materials to her.<br><br>Supporting Evidence<br>Yasmin Decl., ¶¶ 4, 7 | |
| 25<br>26<br>27 | 25.   Plaintiff Yasmin Akkawi does not recall providing her personal information to anyone other than | |

| | |
|---|---|
| the car dealer she purchased the Sorrento from, the DMV, and her insurance company.<br><br>Supporting Evidence<br>Yasmin Decl., ¶ 8 | |
| 26. In or around November 2019, Defendants sent Plaintiff Yasmin Akkawi a letter to solicit her as a potential client for a lawsuit regarding alleged frame damage to the Sorrento.<br><br>Supporting Evidence<br>Yasmin Decl., ¶ 5; Complaint ¶ 33, Complaint Ex. 6; Defendants' October 21, 2021 Answers, ¶ 33 (admitted) | |
| 27. In or around April 2020, Defendants sent Plaintiff Yasmin Akkawi another letter to solicit her as a potential client for a lawsuit regarding alleged frame damage to the Sorrento.<br><br>Supporting Evidence | |

| | |
|---|---|
| Yasmin Decl., ¶ 6; Complaint ¶ 37, Complaint Ex. 10; Defendants' October 21, 2021 Answers, ¶ 37 (unable to admit or deny) | |

Respectfully submitted this 26th day of February, 2024 by:

                                    MADISON LAW, APC

                            By: */s/ James S. Sifers*
                                James S. Sifers
                                Attorneys for Plaintiffs

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060