Ali Parvaneh, Esq. (SBN 218320)
aparvaneh@madisonlawapc.com
James Sifers, Esq. (SBN 259105)
jsifers@madisonlawapc.com
Susanna F. Wiseman, Esq. (SBN 281234)
swiseman@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: (949) 756-9050
Facsimile: (949) 756-9060

Attorneys for Plaintiffs Diana Akkawi, Yasmin Akkawi, Katelyn J. Button, Eric Stell, Steve W. Fox, and Edmond Tarverdian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

DIANA AKKAWI, an individual;
YASMIN AKKAWI, an individual;
KATELYN J. BUTTON, an individual;
ERIC STELL, an individual; STEVE W.
FOX, an individual; EDMOND
TARVERDIAN, an individual;

     Plaintiffs,

          v.

KASRA SADR, an individual; CAR
LAW FIRM, a business entity form
unknown; THE SADR LAW FIRM, a
professional law corporation;
NATIONWIDE VIN MARKETING, a
business entity form unknown;
CALIFORNIA DEPARTMENT OF
MOTOR VEHICLES, an Agency of the
State of California; RYAN BANCAYA,
an individual; and DOES 1 through 20,
inclusive,
     Defendants.

Case No.: 2:20-cv-01034-MCE-AC
Senior Judge Morrison C. England Jr.;
Magistrate Judge Allison Clair

**DECLARATION OF LARRY STEVEN
LONDRE IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

Hearing Information:
Date:     March 23, 2023
Time:     10:00 a.m.
Dept:     7
Judge:    Hon. Morrison C. England,
          Jr., Senior US District Judge

*(Hearing vacated per Court's February
16, 2023 Minute Order)*

Action Filed:   May 20, 2020
Trial Date:    None Set.

## DECLARATION OF LARRY S. LONDRE

I, Larry S. Londre, declare as follows:

1.    I am an individual above 18 years of age and I am not a party to this proceeding.  I have been retained by Plaintiffs Diana Akkawi, Yasmin Akkawi, Katelyn J. Button, Eric Stell, Steve W. Fox, and Edmond Tarverdian's (collectively "Plaintiffs") counsel, Madison Law, APC, to serve as an expert witness in this matter.  I have personal knowledge as to the matters declared herein and can competently testify thereto, if called upon to do so, except as to matters stated on information and belief which I believe to be true.

2.    I am the principal of Londre Marketing Consultants, LLC.  In my career, and currently through that entity, I have provided marketing consulting services as well as taught the principles of marketing and best practices in marketing.  Additionally, I have served as an expert in other eighty-five matters on cases involving marketing, advertising, business, competition, deceptive practices, trademark, Lanham and Robinson-Patman Act violations.  In California alone, I have served as a consultant and/or expert witness for the California Department of Justice; State of California, State Attorney General; Alameda County District Attorney; Monterey County District Attorney; Santa Cruz County District Attorney; Office of the San Diego City Attorney; Office of Los Angeles City Attorney; Alameda Corridor-East Construction Authority on behalf of the San Gabriel Valley Council of Governments; and the California Alcoholic Beverage Control Board.  A true and correct copy of my current curriculum vitae is attached hereto as **Exhibit 1**.

3.    It is a universal truth and principle of marketing that a person or company is interested in effectively contacting their target market and/or target audience.  In this Declaration, I provide a summary of these principles in

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

the following paragraphs, numbered 4 through 8.  In present times, this principle is constrained in essentially all industries by various privacy laws and obligations, of which marketing professionals are required to stay apprised and required to remain in compliance.  Marketing, promoting, and advertising to vehicle owners is no exception to this rule, and I provide a summary of certain restrictions known to professionals in this industry in the following paragraphs numbered 9 through 10.  To navigate the tension between a business' desire to contact the maximum number of interested persons, and the need to remain in compliance with law and similar requirements, professionals in this industry have an obligation, and persons in this industry have adopted as a standard of practice in the industry, to investigate and ask the source of the materials they utilize in their marketing efforts.  I briefly expound on that duty in the following paragraph numbered 11.  I have also reviewed the particular mailings and marketing/promotional materials that have been disclosed by Defendants Kasra Sadr, Car Law Firm, Sadr Law Firm, and Nationwide VIN Marketing (collectively "Defendants").  I understand that Defendants have attempted to minimize or deny any significant familiarity with the source or content of any of their individual marketing solicitations.  I address this issue in the following paragraphs numbered 12 through 14.  It is my opinion that the information utilized by Defendants in their marketing activities to Plaintiffs, and other third parties, is not likely to have any potential alternative legal source, and based on that likelihood, the information was most probably sourced from the records of the DMV.  This opinion is addressed in the following paragraph numbered 15.  Lastly, it is my opinion that the marketing communications at issue do not contain all of the words, copy, facts and risks to potential clients of Defendants that would be required to accurately describe the services or potential "opportunities" available to the

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

1   recipients of these mailings, such that the marketing materials at issue may
2   not be entirely accurate.  This last topic is addressed in the following
3   paragraph numbered 16.

4.  I teach, consult, and do expert witnessing in Marketing, Promotion, and
    Advertising.  I use many concepts and practices under the umbrella of
    Marketing.  Two of them are the 4P's (Marketing Mix) and the 9P's of
    Marketing.  One of the most strategically important of the 9P's is "People,"
    or target market, a marketing term or target audience, an advertising or
    media term.  A target market is the set of potential buyers/purchasers; a set
    of potential buyers who share common needs or characteristics that the
    company decides to serve.  Experienced marketing professionals know,
    learn and test what it takes to research, develop and execute a successful
    campaign and not just creatively, but also financially.

5.  Companies have collected or bought information and data for as long as I
    have taught marketing.  Companies want to acquire or find prospects
    (People/Prospects/Potential Purchasers/Purchasers/Target Market) and
    nurture them with their Marketing variables.  In the concept and practice of
    the 9P's of Marketing, I developed this concept and practice with my clients
    and in teaching marketing and advertising since 1975.  I copyrighted the
    concept and practice of the Nine P's in 2007. One of the 9P's is "People"
    and it is the concept of attracting, engaging and converting potential
    customers or prospects from the beginning of the process to purchase.
    The information on potential and actual buyers or purchasers starts with
    accurate, comprehensive data that works across all channels to help the
    company identify buyer and audience attributes to target precisely.  It is the
    set of buyers/purchasers, which is named a "target market;" a set of buyers
    who share common needs or characteristics that the company decides to
    serve.  A target market is a particular group of consumers at which a

1   product or service is aimed.

2   6.   The process of segmenting the entire market as a whole and separating it

3        into manageable units or segments based on:

4        •   Demographics. Demographic marketing segmentation is looking at

5            the potential or actual buyer's age, family size, race, occupation,

6            generation, religion, gender, family lifecycle, ethnicity, nationality,

7            income, education, social class. The demographics may be

8            segmented into several markets to help an organization target its

9            consumers more effectively.

10       •   Geographic segmentation could be nation, country, region, city,

11           density, climate.  In this case they have targeted at least the states of

12           California, Nevada and Texas.

13       •   Psychographics is the science of dividing into groups on

14           psychological/personality traits, lifestyle or values. People in the

15           same demographic groups may be very different in their

16           psychological profiles.

17       •   Behavioral segmentation, marketers divide buyers into groups on the

18           basis of knowledge of, attitude, use of or response to a product or

19           service. User status could include occasions, nonusers, ex-users,

20           readiness to buy and loyalty status. Could be enthusiast,

21           traditionalist, or overwhelmed just to name three.

22       •   Technographics or technographical characteristics. Understanding

23           your potential consumer. Remember, in the back of your mind, that

24           the reason technology is phenomenal is because it displaces years,

25           or centuries, of previous technology.  Some consumers may or may

26           not have the computer or smart phone skills.

27  7.   There are many ways to help a company determine a target market.

28       •   Who bought or has the potential to buy, but break that down into

17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060
MADISON LAW, APC

significant segments?

- Which products and services do they buy?
- Pricing/Price?
- When (date/time)?
- Where (channel, store location or device)?
- Payment method?

8. I refer to marketing materials as being part of a "Promotional Mix" or the "Promotion Mix."  The promotional mix is the marketer's bag of promotional tools for engaging and communicating with customers and other stakeholders. To deliver a clear and compelling message, each tool must be carefully coordinated under the concept of integrated marketing communications (IMC). (Belch and Belch; Principles of Marketing, 18e, Kotler and Armstrong, 2021).  The Promotional Mix includes advertising, sales promotion, public relations/publicity, personal selling, plus direct marketing, direct mail, and Internet/interactive media.  Direct marketing is direct mail, mail order catalogs, database marketing, direct selling, telemarketing, and direct response ads through direct mail, the Internet, and various media.

9. Marketing to vehicle owners is a well-known industry.  Most households own one or more vehicles and the monies involved in the maintenance and improvement related to vehicles, accessories, policies of insurance and other related services/markets are high dollar valued markets.  A high dollar valued market with an expansive customer base is naturally a market of interest to marketing professionals, business professionals in general, and is a well-known market in general and to me, specifically.  Constraining these marketing professionals are many requirements and regulations that prevent use of individuals' information for the purposes of marketing activities or similar solicitations.  I am familiar with the industry both before,

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

and after, the major changes to the law which constrain the practice in this area.  It is my understanding that, prior to the passage of certain laws, and particularly the Driver's Privacy Protection Act at 18 US Code § 2721 et seq. ("DPPA"), it was common practice for marketing direct mail houses or operators to routinely purchase the personal information of a state's motor vehicle database to access driver's personal information and then to use or re-sell this information to businesses and others or to use that information in direct marketing by the purchaser.

10.  The United States, California, and other states have rules, laws, and regulations in place to protect the privacy and security of its citizens and individuals.  This would include California Driver's Privacy Protection Act at *Cal. Veh. Code* §§ 1808 *et seq.*  Based upon my review of the applicable authority, including the DPPA, attorneys engaging in direct marketing may not use a driver's personal information obtained, directly or indirectly from a state DMV, to solicit their legal services.  I have learned as a part of my various engagements, discovery, study, and investigations, that in the context of state and federal laws applicable to California, I have included several laws and rules constraining the use of a citizen's information:

•    DPPA § 2721(b)(4) exemption does not permit the disclosure of a driver's Personal Information for communications by an attorney to a potential client wherein their predominant purpose is to solicit legal services.  DPPA § 2725(3) defines "Personal Information" as "information that identifies an individual, including an individual's photograph, social security number, driver identification number, name, address (but not the 5-digit zip code), telephone number, and medical or disability information, but does not include information on vehicular accidents, driving violations, and driver's status."

•    California State Bar Rules of Professional Conduct Rule 1-400.  I

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

note that while I am most familiar with the specifics of this rule, I understand that the old rule 1-400 has been updated and divided into subparts, and would now be more accurately referred to as Rules 7.1 'Communications Concerning a Lawyer's Services'; Rule 7.2 'Advertising'; Rule 7.3 'Solicitation of Clients'; Rule 7.4 'Communication of Fields of Practice and Specialization'; and Rule 7.5 'Firm Names and Trade Names'.  It is my opinion that these rules would likewise prohibit a direct marketer from using a driver's personal information to solicit clients for a law practice.

- California likewise has codified *Cal. Veh. Code* § 1808 et seq., as required by the DPPA, to prevent third parties from accessing the personal information of drivers and vehicle owners kept by the DMV. *Cal. Veh. Code* § 1808(e) states: "[t]he department [i.e. the DMV] shall not make available or disclose personal information about a person unless the disclosure is in compliance with the Driver's Privacy Protection Act of 1994 (18 U.S.C. Sec. 2721 et seq.)."  In addition to reiterating the restrictions of the DPPA, certain further restrictions or procedures were implemented.

11.  It is my experience, as an active and long-time participant in the marketing industry, as a teacher and educator on the practice of marketing and the methods for performing the same, and as a consultant and expert for private industry and various governmental entities in this State, that marketing professionals must familiarize themselves with the legal requirements and constraints that permit and prohibit various forms of marketing activity, promotions, solicitations, and use of personal information for those same purposes.  Of course, it is true that marketing professionals engaged in marketing activities must particularly familiarize themselves with the laws that apply to such marketing activity.  It is a

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

matter of best practices, and, more so, it is the standard and practice in this industry that a person engaged in a marketing campaign of any size greater than a neighborhood fundraiser has an obligation to inquire into the source and veracity of those marketing lists they utilize. It is my opinion that it would be below the standard of care applicable to any person engaged in client solicitation in this State to provide mass mailings to citizens including information specific to their name, address, vehicle identification number, and similar such information without having any knowledge as to a legal source for such information. Specific to this lawsuit, based on my review of the marketing materials and the information contained therein, and my knowledge and experience relating to the companies and marketing activities engaged in with this industry, and specific to the details of these Plaintiffs' vehicle purchase and safeguarding of their personal information, that I believe based upon my understanding of the availability, or non-availability, of the information at issue, that it is unlikely that there are any other sources for Defendant Sadr to have obtained the information utilized in this marketing *other than* ultimately from DMV. I have been provided certain documents in this matter, including a copy of a deposition transcript of Defendant Sadr, which purports to have been taken on or about February 10, 2022. In this declaration, I reference certain portions of that deposition transcript. For convenience, I have excerpted those pages I reference from the deposition transcript and included a true and correct copy of this collection of pages as **<u>Exhibit 2</u>**. I understand based upon my review of the documents in this matter that Defendant Sadr claims to have obtained the information overseas from Defendant Ryan Bancaya ("Defendant Bancaya") at a rate of one list per quarter at a cost of $10,200.00 per list. (See Deposition of Defendant Sadr, page 45, lines 11-15 [lists come once per quarter]; page 98, line 19 through

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

page 99, lines 17 and page 42 line 14 through page 43 line 7, [payment for lists is made to Bancaya at $3,400 per month].) Per Defendant Sadr, each list generally includes approximately 30,000 names of individuals and their corresponding vehicles.  However, based upon my review of the documents and testimony in this case, it appears to me that Defendant Bancaya is likely a middleman for Defendant Sadr's access to the prohibited information set up solely for the purposes of giving Defendant Sadr plausible deniability, which he has forwarded in his Motion for Summary Judgment. (See Declaration of Defendant Sadr in Support of Motion for Summary Judgment, ¶ 3.)  Given my understanding of the constraints imposed on marketing activities in this State, it would be my opinion that it is more likely than not the case that Defendant Sadr has utilized information that it is not permitted for marketing purposes.  In my opinion, when businesses, marketers and others are buying direct marketing lists of target audience customers, they should know which sources these lists are obtained from and that these lists are professional, accurate and legally attained.

12.  I have reviewed the marketing materials at issue.  In my opinion, direct mail professionals select the type of mailing list they wish to purchase.  Mailing lists are usually categorized as Business Lists, Consumer Lists, and New Movers Lists.  In this case the list used by Defendants Sadr and The Car Law Firm is purportedly developed by Defendant Bancaya and contains or includes VIN, manufacturer/make, car model, address, ownership dates, structural damage, class, vehicle age, title, auction date, and any possible liens.  Direct Mail campaigns include geographic selects and demographic selects.  In my opinion, the business entity such as Defendant The Car Law Firm, the mailing house, and the list provider all have the responsibility to review the list criteria, the available quantity of the potential list and pricing.

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . Fax (949) 756-9060

No two letters are ever alike since these letters are directed to the owners of specific vehicles, with specific VINs.  In my opinion Defendant Sadr referred to his direct mail solicitations as "[s]omething similar to junk mail you may receive from time to time offering car insurance," but in my experience these are sophisticated lists with plenty of specific criteria which are reviewed in many stages before a letter ever hits someone's mailbox. (Deposition of Sadr, page 65, line 23 through page 66, line 14.)

13. It is my understanding that the Defendant Sadr also formed a business known as Defendant Nationwide VIN Marketing.  That business entity purports to offer sophisticated targeted marketing to persons utilizing public records.  The representations contained on even the face of the company's webpage (https://www.nationwidevinmarketing.com/pricing) includes statements such as:

- The nations (sic) only targeted Marketing List to vehicle owners. Do you wish to market to owners of specific vehicles, whether it be to sell insurance products, or aftermarket parts and accessories? "At NVM, we have the largest public database to associate any VIN (Vehicle Identification Number) to your desired criteria."

- "Exclusive Right to Market to a Certain VIN Choose your criteria of vehicle: year, make, model, and any other criteria you care about $50 per VIN (ask for large volume discounts)

- Registered Owner Name From Public Records* Additional $50 per VIN (ask for large volume discounts)

- Address Associated with Name From Public Records* Additional $50 per VIN (ask for large volume discounts)"

A true and correct copy of the website at issue is attached hereto as **Exhibit 3**.

14. It is my opinion that the operation of a business such as Defendant Nationwide VIN Marketing, and the efforts required to create such lists for sale, manage them, and offer them for sale, including the efforts to price out the provision of such lists, and maintaining certain portions of said lists as exclusive to certain purchasers – all of this would require a sophisticated understanding and extensive labor in gathering, compiling, analyzing, and putting into a useful form (such as an elaborate database or other data storage and retrieval system). The labor and efforts become exponentially more difficult when it is considered that such lists are not simply drawn on a single occasion, but must be routinely updated, and validating and error-correcting for changes in ownership to a single VIN or a single customer, and so on. Pricing of such lists also requires a knowledge of the competing entities offering the same or similar marketing lists, how those lists are priced and what information they offer, and otherwise.

15. It is my opinion that it is probably not possible for Defendants to have operated Defendant Nationwide VIN Marketing's business without having an understanding and knowledge of the source of the targeted marketing materials at issue. It is further my opinion that it is unlikely, such as to be essentially unique, that Defendants could have formed and ever operated any portion of Defendant Nationwide VIN Marketing's business without an understanding of the sources of information available for marketing to vehicle owners, and, further, that the sources of information utilized by Defendants in their present marketing activities could confidently be stated to be sourced from the DMV. Indeed, the potential sources of information in existence from which to draw these categories of information are limited. A person with experience in Marketing in this field, as operating Defendant Nationwide VIN Marketing would necessarily impart on Defendants, and each of them, who saw the categories of information utilized in the present

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

marketing solicitations would not reasonably assume that the information was drawn from a source other than the DMV.  The pertinent question would not be, which of the many alternatives did this information come from? – because such plentiful or legal alternatives do not likely exist. From my review of the documents and testimony in this case, the question I have is - how is it possible to have sourced this information *without* resort to DMV?  Given the information available to me, and my knowledge and experience in this industry, it is my opinion that there does not likely exist any other legal or cost-effective source for the information obtained and utilized by Defendants in marketing to Plaintiffs, and that the information was therefore most likely sourced from the records of the DMV.

16.    Given my time consulting and providing services to various companies and governmental agencies in this State, I cannot help but note that the advertising communications here appear to lack information that I would consider to be required, and that the absence of such information would render the advertising materials as potentially inaccurate.  The advertising suggests that 'scam artists' put 'millions of used car buyers at risk' with damaged or rewelded frames.  There does not appear to be a source for this claim or many of the claims in the advertising presented.  Much more significantly than unsupported assertions, in my opinion, the direct marketing letters and solicitation of potential clients do not include all of words, copy, facts and risks to the potential clients of Defendants.  The advertising represents that there would be no cost to any of Plaintiffs as prospective clients to sue the seller or dealer of their vehicle to them even though they would be at risk for paying the seller's legal fees and costs as the prevailing party in any unsuccessful lawsuit under a contract and/or statute.  Such undisclosed risk conflicts with the representations of the marketing materials and renders them, in my opinion, inaccurate.

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

1
2
3       I declare under the penalty of perjury under the laws of the United States of
4   America that the foregoing is true and correct.
5
6   Respectfully submitted on this 23rd day of February, 2023 at Los Angeles,
7   California.
8
9                                                          Larry Steven Londre
10                                                     Larry Steven Londre
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

Exhibit "1"

**LARRY STEVEN LONDRE**                                         LSL@LondreMarketing.com
Londre Marketing Consultants, LLC                                          310.889.0220 office
6000 South Para Way, Third Floor                                           310.403.0220 cell
Los Angeles, CA 90094-0001                                                 310.889.0221 fax

- ***Senior Marketing & Advertising Consultant, Marketing Analyst, Problem Solver***

- ***Senior Marketing, Advertising & Business Strategies' Adjunct Professor, Senior Lecturer, Presenter***

- ***Marketing, Advertising & Business Expert Witness***



Multi-faceted senior Marketing executive and analyst with expertise in creating, applying and delivering Marketing, advertising, media, business development, sales, brand integrity, collateral programs, and expert witnessing. Introduced campaigns that translated strategic marketing plans into tactical sales actions that drove revenue growth, expanded market penetration, partner growth, achieved dominant market share, maximized brand equity and capitalized on market opportunities.

Recognized strengths in establishing and maintaining executive-level client and strategic partner/ alliance relationships.

Strong conceptual/analytical skills, ability to identify new marketing opportunities and market segments. Participative leader with excellent skills in cross-functional teambuilding, motivation, quality performance and productivity improvements.

MBA in Marketing (Dean's List), University of Southern California

Active executive board member, treasurer, committee chair, board member and volunteer of the Advertising Club of Los Angeles from 1983 – present, which merged into ThinkLA. Plus, active executive board officer, treasurer, board member and chair in AIEF (Advertising Industry Emergency Fund) which evolved into AdRelief.

**Partial list of companies worked for and/or with:**

- DIRECTV
- Grey Advertising-Worldwide/Grey Entertainment & Media
- City of Los Angeles
- State of California
- GE Capital
- University of Southern California (USC) – Marshall (undergraduate and graduate) and Annenberg Schools (undergraduate and graduate)
- Vons Grocery Company
- The Music Center of Los Angeles/ Performing Arts Center of Los Angeles
- Bank of America
- Verizon/Bell Atlantic
- SBC
- Disney (Walt Disney Productions)
- Alliance Environmental Group
- Ritter Pharmaceuticals/Lactagen
- Barr Engineering
- Datastream
- Dependable Supply Chain Services
- DHX-Dependable Hawaiian Express
- DGX-Dependable Global Express
- DAX-Dependable AirCargo Express, DAX-Dependable Alaskan Express
- Southern California Edison
- Sheraton Hotels and Resorts
- SPNB (Security Pacific National Bank)
- Beverly Hills Savings
- ICL Systems
- BMI
- Rubicon VLS
- The Atrium Group
- RKO
- ORC International
- NME (National Medical Enterprises)
- Beverly Hills Courier/San Marino Tribune/Herald Tribune
- Docbots, Inc./UltivisionAI
- Applause Toys
- Dilbeck Realty

- Pepperdine University (five campuses- graduate Business School-MBA program)
- California State University, Northridge (CSUN), David Nazarian College of Business and Economics) – undergraduate and graduate

**Expert Witness cases have involved:**

- Marketing
- Advertising
- Breach of contract, related to marketing, promotion and advertising
- Business practices
- Unfair competition
- Rescission
- Media
- Unlawful, unfair, or fraudulent business activities/practices, related to marketing and advertising
- Contracts
- Sponsorships
- False advertising
- Franchises, franchisors and franchisees
- Trademark infringement
- Intellectual property
- Patents
- Usage of models
- Branding
- Retail/Retailing
- Advertising agencies
- Business code and professions code compliance and violations, related to marketing, promotion and advertising
- Trade secrets
- Client, agency business practices
- Unjust enrichment
- Misappropriation of likeness
- Unfair advertising
- Deceptive advertising
- Violations of Lanham Act
- Trademarks at issue
- Comparative advertising
- Comparative promotion
- Packaging
- Value of advertising and media campaigns

Since 2002, I have served as an expert witness and have been designated as an expert witness involving Marketing, Advertising, Trademark, Patent, Promotion, Breach of Contract, Unfair Competition, Custom and Practice, Lanham and Robinson-Patman Act Violations and others.

Certified Forensic Litigation Consultant (CFLC)™ Forensic Professional (FEWA), July 2015; last renewed on September 17, 2021, and valid through December 31, 2024.

I have been deposed, testified in court and arbitration: 50 times.

Litigation support, approximately 53% plaintiff and 47% defendant cases. Also provided pre-litigation analysis on pending litigations, both sides.

I have served as a consultant and/or expert witness for: California Department of Justice; State of Washington, Office of Attorney General; State of California, State Attorney General; Alameda County District Attorney; Monterey County District Attorney; Santa Cruz County District Attorney; Office of the San Diego City Attorney; Office of Los Angeles City Attorney; Alameda Corridor-East Construction Authority on behalf of the San Gabriel Valley Council of Governments; California Alcoholic Beverage Control Board.

I have served as an expert or expert witness in over eighty-five matters throughout the US, including California, Arizona, New York, Nebraska, Nevada, Texas, Florida, Washington, North Carolina, South Carolina, Michigan, Minnesota, Missouri, Pennsylvania, Colorado, Kansas, Illinois and Utah, as well as District of Columbia and before the American Arbitration Association and JAMS (Judicial Arbitration and Mediation Services).

Additionally, I have served in United States District Courts in the states of California, Florida, Minnesota, North Carolina, Ohio, Texas, Utah, Pennsylvania, Kansas and Nevada.

Cases also included contracts between partners, co-founders, directors, board of directors, salespeople, sales forces, retail and suppliers of products to retail, franchisor and franchisees,

management consultants, advertising agencies, clients, advertisers, suppliers, distributors, production firms and media.

Created and own the copyright for the Marketing concept, the Nine P's/9 P's ©2007 of Marketing (https://nineps.com).

**Public Service Organizations/Not for Profit or Non-Profits served:**

- Advertising Club of Los Angeles
- ThinkLA
- The Music Center of Los Angeles/Performing Arts Center of LA, plus its Education Division
- AdRelief, formerly known as Advertising Industry Emergency Fund (AIEF)
- Los Angeles Fire Department (LAFD)
- California Special Olympics

- Partnership for a Drug Free America
- Town Hall
- L.A. Downtown Marketing Group
- LA Convention and Visitors Bureau (LACVB)
- Westwood Hills Property Owners (Homeowners) Association
- PH&L (Park Homes and Lofts) Homeowners Association

PROFESSIONAL EXPERIENCE

**LONDRE MARKETING CONSULTANTS, LLC; MARKETING, ADVERTISING and MEDIA EXPERT WITNESS SERVICES**                                    **2001 - Present & 1994 - 1997**
**Los Angeles, CA**
Independent Marketing Consultant & Expert Witness

Provide expertise in marketing campaign strategy, advertising, new business development, rollouts, collateral programs, expert witnessing, market penetration, Internet and web marketing, website development, and effectively identifying marketing opportunities for local, national and international business organizations.

Bring marketing, advertising and media consultants together to solve marketing problems and create opportunities.

Clients include and have included: GE Capital-ResCom (subsidiary of GE); University of Southern California (USC) - Annenberg School for Communication and Journalism; Alliance Environmental Group; Barr Engineering, Inc.; Getty Museum; DHX-Dependable Hawaiian Express; DAX-Dependable AirCargo Express; DGX-Dependable Global Express; Rubicon VLS; Datastream, Saturday Night Magazine; Shimahara Illustration; Shimahara Graphics; Ritter Pharmaceuticals/Lactagen; and others.

**Marketing, Advertiser and Business Strategies' Adjunct Professor/Senior Lecturer/ Instructor/ Presenter:** Concurrently, have taught and presented in the undergraduate and graduate programs at University of Southern California (Marshall School of Business and Annenberg School for Communication and Journalism); California State University Northridge (CSUN); Loyola Marymount University; Southwestern School of Law; Pepperdine University; UCLA; Northrup University; Loyola Marymount, Loyola Law School, UCLA School of Law and others.

**DIRECTV - El Segundo, CA**                                                                                  **1997 - 2001**
Entertainment / Communications/Sports Company

MARKETING DIRECTOR, Special Markets and Strategic Partnerships
Created, orchestrated marketing programs, strengthened product positioning, improved marketing, established corporate partner/alliances, including the Telcos, planned strategies and promotional tactics. Built marketing team for special markets; hired, trained, mentored, and motivated team.
- Competitively positioned company in several market segments by increasing customer base by 40% through marketing partnerships with the Telcos, Verizon/Bell Atlantic, Quest/US West, GTE, SBC/PacBell, and others.

- Instrumental in achieving a 43% increase in sales and more than 200 third-party programs by securing and managing a major sales program targeted to residential, multi-family dwellings, facilities, hospitality, and private offices.
- Benchmarked highly effective 25-piece collateral marketing and advertising program for MSOs and key accounts, including nine-part "right-of-entry" sales kit. Designed and implemented simplification program for new dealers.
- Dramatically increased private office acquisitions by 321% and multiple dwelling units by 8.7%.
- Teamed with advertising firms to create television, radio, print and online media marketing campaigns.
- Created and received with marketing partner, Bell Atlantic Video Service (Telco) "Stellar Year" award recognition/special standout performance /custom-designed promotion, Special Markets (1999)
- Executed innovative trade show and co-op marketing programs with 80 different partners and alliances.
- Acknowledged as "Partner of the Year" from <u>Private Cable and Wireless Cable</u> magazine (1999).

**The Music Center / The Performing Arts Center of Los Angeles**            **1988 - 1994**
Music Center of Los Angeles - Dorothy Chandler Pavilion, Mark Taper Forum, Ahmanson Theatre, Education Division and Music Center Endowment
VICE PRESIDENT OF MARKETING & COMMUNICATIONS
Award-winning leadership of marketing, promotion, public relations, advertising, fundraising, special events, community access programs, direct mail and collateral materials.

- Moved organization from passive reactive model to proactive marketing model by changing corporate vision which resulted in motivating executive team and staff. Named and changed Public Affairs department to Music Center's Marketing & Communications department.
- Important gains achieved, increasing annual fundraising by 7.3% and retail store sales by 450%.
- Innovative team creation, marketing and promotional support and execution of LA Alive!, Dorothy Chandler Awards, Spotlight, KABC/Music Center Broadcast Celebrating 25th Anniversary, Viva L.A. Hope Street Festival to celebrate Mexican Independence Day, Viva Las Artistas and TGIF Concert Series and fundraising events.
- Promotional planning, fundraising planning, collateral, groundbreaking press conferences for Walt Disney Hall.
- Maximized presence of Education Division's live arts programs, developing all aspects of program for heightened appeal and attraction to 1.2 million students throughout Southern California.
- Developed the promotional fundraising campaign for the Music Center's Endowment Campaign for the 21st Century.

Included creating, planning, producing special events for 25th Anniversary celebration, including presentation featuring Rose Parade float with First Interstate; Historical Founders Luncheon; KABC all-day radio remote; Blue Ribbon Children's Holiday Festival; 25 Alive! The Ford Music Center Festival; the special edition <u>Los Angeles Times</u> Magazine "Encore" on 9/10/1989; The 25th Anniversary Weekend; The PBS/KCET TV Show and celebration; The Music Center Birthday Party; 25th Anniversary video presentation with Charlton Heston.

Won eight PRSA (Public Relations Society of America) and Publicity Club Awards including "Best Southern California Program," 1991 and 1992.

**Grey Advertising-Worldwide/Grey Entertainment & Media, Los Angeles, CA**     **1975 - 1980**
Internationally Recognized Advertising Agency                **1981 - 1983, 1987 - 1988**
SVP, VICE PRESIDENT-MANAGEMENT SUPERVISOR
VICE PRESIDENT, ACCOUNT SUPERVISOR, SENIOR ACCOUNT EXECUTIVE, A. E.

Aggressive leadership with broad-based marketing responsibilities for national, regional and local entertainment, retail, and public service accounts. Fast track promotions of increasing responsibility to VP-Management Supervisor. Hand-picked to plan and execute multimedia marketing programs.

- Increased four-year market share from 11.9% to 17.3% by creating and designing marketing and store opening campaigns for Vons Grocery Co. in California and Nevada. Spearheaded 73 televisions spots plus expansion into new, out-of-state markets. Created a hundred radio promotions, multiple markets.
- Maximized exposure of Bank of America, Warner Bros., Showtime Cable Network and RKO Video/Pictures by designing national and regional advertising and promotions programs/campaigns.
- Earned reputation for top-notch design of marketing and media promotions for ABC Television Network.
- Developed marketing and advertising planning. Implemented creative marketing programs with vision and strategy for expansion of existing and new services for Southern California Edison.
- Achieved record-breaking fundraising dollars and involvement of highly public figures by developing high-quality public service advertising and event marketing for the California Special Olympics.

**Walt Disney Productions/Disney – Burbank, CA**                                    **1980 - 1981**
MARKETING MANAGER - MOTION PICTURES
Aggressive marketing leadership with broad-based marketing, advertising and media responsibilities for national, regional and local assignments.

- Developed marketing and advertising planning, worked on national releases for "Mary Poppins (with 100 stations in national and local radio promotions)," "The Fox and the Hound," "The Devil and Max Devlin" and others. EPCOT planning.

**Abert, Newhoff and Burr – Los Angeles, CA**                                    **1983 - 1987**
SENIOR VICE PRESIDENT
National, regional and local multimedia accounts at nationally recognized advertising agency.

- Designed and created marketing and advertising program for 14 Sheraton Hotels & Resorts, surpassing all existing sales figures on hotel occupancy. Won the 1985 "Agency of the Year" award from ITT Sheraton.
- Designed and created advertising programs for Beverly Hills Savings, National Medical Enterprises (19 hospitals and an HMO), RKO Video/Pictures.
- Created and developed award winning "There's Nothing Cool About Fireworks" anti-fireworks program for the Los Angeles Fire Department, which contribute to saving approximately $30 million in property damage.  Won Belding, Clio, California League of Cities, and other awards. Continued participation with the Fire Department program for 14 years, through 1998.

**Security Pacific Bank – Los Angeles, CA**                                    **1971 - 1975**
MARKETING OFFICER
Responsible for creating, implementing and executing regional and community marketing, plus promotional, new business development programs, including "Unique Package of Services," "Lifestyle Sweepstakes," "How to Balance Your Checkbook," "Oldest Personal Check Contest," "Santa Ynez Bicycle Safety Rodeos" in Camarillo and Solvang, auto and boat promotions, plus other bank services. Won bank's best Regional Marketing Campaign, 1974.

<u>PROFESSIONAL TEACHING EXPERIENCE</u>:

SENIOR LECTURER, INSTRUCTOR, SPEAKER, PRESENTER, SENIOR                **1975 - Present**
LECTURER, ADJUNCT FACULTY PROFESSOR

Have taught and presented on many subjects including Marketing Management; Consumer Behavior: Business Strategies Development, Execution and Implementation; Global Strategies; Business Strategies for Entertainment and Communication Companies; Advertising; Promotion; Integrated

Marketing (IMC) and others in the graduate and undergraduate programs at the following schools and/or departments:

- University of Southern California, includes Marshall School of Business (undergraduate and graduate), Marshall » Lloyd Greif Center for Entrepreneurial Studies, Annenberg School for Communication and Journalism)
- Pepperdine University's MBA program (final, capstone classes in the MBA program; Seaver Center for Communication and Business, including Advertising, COMM 590 and Senior Seminar in Communication
- USC Gould Law School
- Loyola Law School

- UCLA School of Law
- Southwestern School of Law
- Loyola Marymount University (graduate)
- Advertising Center
- UCLA
- CSUN, California State University, Northridge (David Nazarian College of Business and Economics, undergraduate and graduate)
- West Los Angeles College
- Northrup University
- Cerritos College

My courses, over 79 semesters, have included:

- **MBAM 659** and **MBAM 660:** Business Strategies Development, Execution and Implementation (Final, capstone class in classes in the MBA program at Pepperdine)
- **MBFE 658:** Strategic Marketing
- **GSBA 528:** Marketing Management
- **MKT 653:** Integrated Marketing Communications (IMC)
- **MBAM 619A and 619B:** Business Strategies and Implementation
- **COMM 542**: Business Strategies for Entertainment and Communication Companies

- **COMM 541:** Integrated Media and Communication Strategies
- **GSBA 528:**  Marketing Management
- **MKT 440:** Integrated Marketing Communications
- **JOUR 340:** Introduction to Advertising
- **BUS 307:** Marketing Management
- **MKT 304:** Marketing Management
- **MKT 100:** Conceptual Foundations of American Enterprise
- **COMM 599:** Global Communication

Frequent guest lecturer in Marketing, Branding, Consumer Behavior, Advertising, Business Strategies and Global Marketing & Media:

- Pepperdine University, Seaver Center for Communication and Business, including Advertising, Com 590: Senior Seminar in Communication
- Van Lang University, Ho Chi Minh City, Vietnam
- USC Marshall » Lloyd Greif Center for Entrepreneurial Studies program, and Marshall School of Business
- USC Gould School of Law
- UCLA School of Law
- Southwestern School of Law
- Loyola Law School
- UCLA School of Television, Film and Digital Media, "Trends in Television and Emergence of Multiplatform Media" and "Television & New Media: Business and Legal Issues"
- California State University, Northridge (CSUN), College of Business and Economics (graduate and undergraduate); American Marketing Association chapter
- Woodbury University, School of Media, Culture & Design
- California Lutheran University/CLU
- Orange Coast College
- Advertising Center

- University of Texas-Dallas, BCOM 4350 Advanced Business Communication
- USC Dornsife College of Letters, Arts & Sciences, "Principles of Consumer Psychology," in the Master's Human Behavior program
- FEWA (Forensic Expert Witness Association)
- Growth Consultants & Leading Grow Wise Forums/STAR Business Consulting, Inc. Top Line Revenue Group

Have conducted Marketing and Business Strategies Classes/Presentations/Seminars/Workshops/ Webinars in USA, China, Hong Kong, Cuba and on the web, including:

- "Value? The Good, Bad and Ugly. '23/XXIII/LVII, Marketing and Advertising Lessons. For Better Decision-Making, TV Spots for Super Bowl LVII. My Show and Tell. Involving You" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, to the ADV 575 (the Advertising Campaigns, Advertising Capstone Course), and the ADV 275 (Advertising and Media Course) classes, February 2023
- "It's 2023, Loyola Law School: What is Marketing? Promotion? Advertising? Smarter Learning about the 9P's of Marketing, Branding, "People-Targeting," e-Commerce, Buying Behaviors, all without Zoom. Global Experiences with 9P's of Marketing" presentation at Advertising and eCommerce Law, the Advertising Law Class 4065/E1, Loyola Law School, January 2023
- "Londre's Insights into Global & the USA Marketplaces, With Business Experiences and the 9P's of Marketing," at Van Lang University, Faculty of Public Relations-Communications, Ho Chi Minh City, Vietnam, October 2022
- "It's Almost 2023: Being Better Prepared For Your Future. The 9P's of Marketing, Branding, Clients, Promotion, Advertising, Agencies. Londre's Insights & Observations into the Real World…Of Marketing and Advertising, With Global Experiences" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, to the ADV 275 class, September 2022
- "Londre's Insights Into Our Global Marketplaces, with Business Experiences and the 9P's of Marketing" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, to the ADV 575 class (the Advertising Campaigns, Advertising Capstone Course), September 2022
- "For Your Marketing & Advertising Projects: The 9P's © of Marketing: Real Insights, Strategies, Tactics, Plus a Little on Super Bowl LVI Ads" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, to the ADV 575 (the Advertising Campaigns, Advertising Capstone Course), February 2022
- "For 275: '22/XXII/56/LVI Marketing and Advertising Lessons. For Better Decision-Making, TV Spots for Super Bowl LVI. My Show and Tell. Involving You" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, to the ADV 275 class, February 2022
- "2022 is Close: Londre's Insights, Strategies and Tactics in the Real World of MMA. Our Global & US Marketplaces, with Business Experiences, IMC and the 9P's of Marketing (2007), with MMA --Marketing, Media and Advertising" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the 375.02 Advertising and Advertising Media class, October 2021
- "It's Almost 2022: Being Better Prepared For Your Future. The 9P's of Marketing, Branding, Clients, Promotion, Advertising, Agencies. Londre's Insights & Observations into the Real World" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the Advertising and Advertising Media class, October 2021
- "We're Live, Loyola Law School: What is Marketing? Advertising? Smart Learning About the 9P's of Marketing: Branding, "People"-Targeting, e-Commerce, Buying Behaviors, Promotion, without Zoom" presentation at Advertising and eCommerce Law, the Advertising Law Class 4065/E1, Loyola Law School, August 2021
- "In the Global & US Marketplace, with Business Experiences and the 9P's of Marketing (2007): Londre's Insights, Strategies and Tactics in the Real World of MMA-Marketing-Media-Advertising" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the Advertising and Advertising Media classes, June 2021

- "Londre's Insights, Strategies and Tactics in the Real World of MMA. Marketing and Advertising Lessons. For Better Decision-Making, Selected TV Spots of Super Bowl LV. My Show and Tell. Involving You" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the Advertising and Advertising Media classes, February 15 and 17, 2021
- "What is Marketing? Advertising? Let's Zoom with the 9P's of Marketing: Branding, "People"-Targeting, e-Commerce, Buying Behaviors, Promotion, With Global Experiences and the Nine P's of Marketing" presentation at Advertising and eCommerce Law, the Advertising Law Class 4065/E1, Loyola Law School, September 2020
- "Be Better, More Marketable: Communications, Presentations, Jobs, Interviews. Your Brand and Your Resume," at the BCOM 4350 Advanced Business Communication class, University of Texas, Dallas, September/October 2020
- "With the 9P's of Marketing (2007), Global & US Experiences, Londre's Insightful Gems into the Real World of MMA/Marketing. Media. Advertising" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the 375.02 Advertising and Advertising Media class, September 2020
- "Londre's Insights into the Real World of Marketing. Zooming with the 9P's of Marketing, Targeting ("People") Ads & Media. Global and US Experiences with the Nine P's of Marketing" presentation at MRKT 342 Media Marketing, School of Business, Woodbury University, September 2020
- "Presenting Super Bowl LIV TV Spots. Show and Tell. Evaluating the Spots: The Good, Bad, Ugly and Strange Ones," at Pepperdine's Seaver College, Business Administration, Communication Division, both Capstone Advertising and Advertising Media classes, February 2020
- "Involving You, UCLA. What is Marketing? Advertising? Branding? Promotion? With "People," Potential Purchasers, Targeting, Consumer Behavior, Global Experiences & Careers" presentation at Marketing Principles & Practices class (UCLA Extension), January 2020
- Judge, participant in jury review for Woodbury University's School of Media, Culture & Design, Department of Graphic Design, GDES 450-Professional Practice, December 2019
- Judge, Woodbury University's School of Media, Culture & Design, Department of Graphic Design, GDES 492: Senior Showcase, Degree Project, Professional Practice, November 2019
- "Ever Wondered Why Some Brands Are More Successful Than Others? Options & Solutions. What Is Marketing?  Promotion and Advertising? Global Experiences and the 9P's of Marketing" presentation at MRKT 342 Media Marketing, School of Business, Woodbury University, October 2019
- "With the Nine P's of Marketing, Branding, "People"-Targeting, e-Commerce, Behavior, Promotion -- "What is Marketing? Advertising?" With Global Experiences and 9P's of Marketing" presentation at Advertising and e-Commerce Law, the Advertising Law Class 4065/E1, Loyola Law School, October 2019
- "The 9P's of Marketing, Branding, Promotion & Advertising. Londre's Insights & Observations into the Real World. Global Experiences and the 9P's of Marketing" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the Advertising and Advertising Media class, September 2019
- "What is Marketing? Advertising? With 9P's "People" - Targeting, Promotion, Media, Ads, Branding, e-Commerce, Behavior," UCLA, FTV291C - TV & New Media: Business & Legal Issues, the Business & Legal Framework for TV, Multi-platform Media & Digital Content, April 2019
- "Londre's Super Bowl LIII Ads Show & Tell, with the Nine P's of Marketing, eight (8) elements of Promotion" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, both Capstone Advertising and Advertising Media classes, February 4 and 6, 2019
- "Is a Super Bowl TV Spot Worth $176,666 a Second? Options. What is Marketing? With 9P's of Marketing, Targeting - "People," Branding, Consumer Behavior, Promotion, Advertising, Global Experiences & Careers" presentation at Marketing Principles & Practices class (UCLA Extension), February 2019

- Judge, participant in jury review for Woodbury University's School of Media, Culture & Design, Department of Graphic Design, GDES 450-Professional Practice, November 2018
- "Londre's Insights & Observations in the Real World of Marketing's 9P's, Branding, Promotion & Advertising" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the Capstone Advertising and Advertising Media class, October 2018
- "Adding Branding, Papa Johns, Bird/Lime, Facebook, Consumer Behavior, Targeting- "People" & More to my What is Marketing? Promotion? Advertising?" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the Advertising and Advertising Media class, September 2018
- "What is Marketing? What is Advertising? With the Nine P's of Marketing, Targeting - "People," Branding, e-Commerce, Consumer Behavior, Promotion & Global Experiences/Examples" presentation at Advertising and e-Commerce Law, the Advertising Law Class 4065/E1 (Loyola Law School), August 2018
- "What is Marketing? With 9P's of Marketing, Targeting - "People," Branding, Consumer Behavior, Promotion, Advertising, Global Experiences & Careers" presentation at Marketing Principles & Practices class (UCLA Extension), July 2018
- "About Career, Marketing, Jobs, Common/Street Sense, Advertising, Communication, Targeting, People & Nine P's of Marketing," presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the Capstone Advertising and Advertising Media class, April 2018
- "Is A Super Bowl Spot Worth $168,333 A Second? An Analysis of the Eight Components of Promotion and the 9P's of Marketing" presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the Capstone Advertising and Advertising Media/Integrated Marketing Communication classes, February 2018
- PVPAL Election Presentation, "Meet the Candidates:" "It's About Interest, Transparency, Security, Safety and Financial Responsibility," October 2017
- "Bring it on: Nine P's of Marketing; Finding and Landing a Job plus Good Ads and Bad Ads" Presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the Advertising and Advertising Media class, September 2017
- "Update, Manage and Promote Your Expert Witness Practice for Maximum Impact," FEWA (Forensic Expert Witness Association) Panel and Educational Training, April 2017
- "Evaluating Super Bowl LI Advertising, Spots and Promotion: Good and Bad Spots. The Challenges, With the Nine P's of Marketing." Presentation at Pepperdine's Seaver College, Business Administration, Communication Division, the Advertising and Advertising Media classes, February 2017
- "Understanding Marketing's Nine P's. Branding. Promotion's Eight Elements. Advertising. With Global Examples" presentation at Pepperdine's Seaver College, Business Administration, October 2016
- USC's "Inspire. Network. Connect." Alumni Leadership Conference and Workshop, as featured speaker and panelist with "Demystifying Communications" presentation, September 2016
- "Super Bowl 2016. The Best and Worst Ads. With 9P's of Marketing. What Worked and "It's Only Creative If It Sells." Pepperdine's College of Business and their IMC class, plus Cerritos College's Television Production class, February 2016
- "Your eVitamins: Educate, Encourage. Engage, Energize, With the Nine P's of Marketing," Pepperdine's College of Business, 2015
- "For Experts or Potential Experts: Marketing is Bigger Than Just Advertising, With the Nine P's of Marketing" at FEWA (Forensic Expert Witness Association) Annual Conference, Courses and Symposium, Expert Witness Marketing & Business Development Summit, April 2015
- "Courting, Cross Selling and Cross Promoting: Pumping up the Pipeline in the Expert Witness Community" at FEWA (Forensic Expert Witness Association) meeting and panel, November 2014
- "Confusion between Marketing & Advertising: What is Marketing? Advertising? Use of Media and Social Media. Plenty of Examples" UCLA's graduate class, Television & New Media: Business and Legal Issues, 2014

2/23/2023

- Presenter of "Practical Business Insights into Marketing. It's More Than Just Advertising. Really, With the Nine P's of Marketing" at the Westchester Rotary, October 2014
- "What You Don't Know About Marketing & Advertising Can Burn You," sponsored by the Business Law Society at Southwestern School of Law, 2014
- USC Gould School of Law Alumni Association Speaker Series "Confusion between Marketing & Advertising: What difference does it make to Judges and Lawyers?" Approved State Bar of California, Continuing Legal Education (CLE) credit, April 2014
- "Planning. Nine P's of Marketing. Research. Good Ads, Bad Ads, Creativity & Sales." Pepperdine's College of Business and their IMC class, January 2014
- "What Clients Expect or What Clients Should Expect from Their Agencies and Partners," 2013
- "Effective Targeting with the Nine P's for a Great 2014," for Growth Consultants & Leading Grow Wise Forums/STAR Business Consulting, Inc., Top Line Revenue Group, 2013
- "Getting an Interview. Landing a Job. Practical, Insightful, Timely Advice and Counsel," for American Marketing Association (AMA), CSUN chapter, 2013
- "What is Marketing? What is Advertising? What is Promotion? What is Sales Promotion? With the Nine P's of Marketing & More," UCLA School of Law, 2013
- American Marketing Association (AMA) chapter presentation: "Marketing, Branding, Promotion, Advertising, Push & Pull, Integrated Communication & Global Examples," 2012
- "Cuba: Insights, Keys and Observations in its Marketing and Advertising," 2012
- "Best Global Marketing Tips, Techniques & Tactics for Marketing Executives in 2011." USC and Pepperdine, 2011
- "Global Marketing & Advertising, including Planning, Tips, Tactics and Best Practices," 2011
- "Understanding Branding, Blending Push & Pull Strategies, with Integrated and Global Communication Examples," 2011 and 2010
- "Understanding Branding, Blending Push & Pull Strategies, with Integrated and Global Communication Examples." USC, Pepperdine and CSUN, 2011, 2010 and 2009
- "Effective & Efficient Marketing, Strategies & Promotions," California Small Business Success Conferences, May 2007
- "Power Marketing & Advertising: Planning, Developing and Executing Global Strategies" seminar in Shanghai, China, 2004
- "Five Business Books that Made a Difference," Ad Club of Los Angeles Development Roundtable, sponsored by Smart Money, 1997
- Program Presenter, Public Relations Society of America (PRSA) "Successful Strategies, Programs and Events for Non-Profits in the 90's." July 1990
- Non-Profits in the 90's PIRATES (Public Service Directors) Presenter: "Where the Community Meets the Media: There's Always Been a Part of Public Service in My Blood." June 1990

EDUCATION:

Master of Business Administration - Marketing, University of Southern California, Los Angeles (Dean's List) January, 1974

Bachelor of Science in Business Administration - Marketing, University of Southern California, Los Angeles (Dean's List) May, 1971

USC Advanced Management Program, 1995

Claremont Graduate University's Advanced Management Program, 1983

Community College Instructor Credential: Business and Industrial Management; Marketing and Distribution, Valid for life (No. 106750), issued March 28, 1974, by the board of the California Community Colleges

ONGOING PROFESSIONAL DEVELOPMENT

- "Why Did I Get This Ad? Unpacking the Complex World of Digital Media and Ad Tech," '23 Advertising CLE Webinar Showcase from BakerHostetler, February 2023
- "Ad Age Super Bowl Playbook," Advertising Age seminar, February 2023
- "Advertising, FTC Issues, Privacy, Endorsements, Influencers, Subscription Services, Dark Patterns, 2022 Year in Review," '23 Advertising CLE Webinar Showcase from BakerHostetler, January 2023
- UCLA Anderson Forecast Economic Outlook December 2022: Crypto, Central Bank & Digital Currency," December 2022
- LMU's Silicon Beach Think Tank, "Hollywood 3.0: Can Web3 Disrupt Entertainment?" LMU Office of Strategic Partnerships & Initiatives, December 2022
- "Applied Expert Witness Skills Summit," FEWA, October 2022
- "USC Alumni Leadership Conference," September 2022
- "Leveraging Segmentation for High-Performance Results: Reaching Loyal Movie Fans," from ADWEEK, Movio and Neustar, June 2022
- "UCLA Anderson Forecast and UCLA Anderson Ziman Center for Real Estate Presented June 2022 Economic Outlook: Residential Real Estate," June 2022
- "Leading the Creation of the World's First Artificial Retina and Ophthalmology Research," the Half Century Trojans presented Mark Humayun, MD, PhD, from USC Roski Eye Institute, USC Ginsburg Institute for Biomedical Therapeutics, April 2022
- "Half Century Trojans presented Mark Humayun, MD, PhD, from USC Roski Eye Institute, USC Ginsburg Institute for Biomedical Therapeutics,
- USC Half Century Trojans "Going Back to College Day," February 2022
- "Yelp's Presentation "Five-Star State of Mind, Connecting Customers with Great Local Businesses," January 2022
- "The Future of Marketing," ThinkLA, September 2021
- "The Year of Rapid Change," Entertainment Brand Seminar, ThinkLA, July 2021
- "Breaking through the Noise When Marketing to Law Firms: Digital Marketing Basics for Professionals Serving the Legal Community," FEWA (Forensic Expert Witness Association), June 2021
- "UCLA Anderson Economic Forecast and Outlook, with Commercial Real Estate and the Future of Offices," UCLA Anderson, June 2021
- "The New Target Audience: How Agencies and Advertisers Are Winning Over Consumers," MediaPost, with LinkedIn, May 2021
- "Big-Ticket Purchasing: Where Brands See Consumers Spending Smart in 2021," ThinkLA, May 2021
- USC Dean's Dialogue: "Business and Change in Hong Kong, China, and Asia," March 2021
- Seminar Series: "Online Training Digital Marketing Intensive," Lydian Stone, January 2021
- "The State of Creativity Right Now: How a Global Pandemic and Cultural Movements Impacted the Advertising Industry," ADWEEK, November 2020
- "A Simple Marketing Guide and Checklist for Building Revenue" EverForward, SagonPhior and Sunny Byte, October 2020
- "UCLA Anderson Economic Forecast and Outlook, Technology and the Post COVID19 Economy," UCLA Anderson, September 2020
- Facebook's "Small Business Resource Guide" Webinar, September 2020
- "Rebooting the Entertainment Industry" sponsored by PwC & Ad Council: Breakthrough Marketing Elite Roundtable, September 2020
- "Business, Boycotts, and Social Media Influence," ThinkLA, August 2020
- "UCLA Anderson Economic Forecast and Outlook, Residential Real Estate," UCLA Anderson, June 2020
- Chapman University Economic Forecast Update, June 2020
- "Digital Advertising Virtual, Optimization, Programmatic Revenue, Mobile Apps, Media Quality and Podcast Revolution," DigiAdvertising and World Forum Disrupt, June 2020

- "Marketing, Promoting and Pricing Your Products During the Pandemic," BakerHostetler, May 2020
- "Navigating the New Wave of TV Viewership, Viewership Trends and Key Insights:" ThinkLA, April 2020
- "Oprah's 2020 Vision: Your Life in Focus," February 2020
- "Built to Scale: A Masterclass in What It Takes to Win in Entrepreneurship:" LMU MBA Alumni Association, LMU Fred Kiesner Center for Entrepreneurship and Berkeley Haas Alumni Association, February 2020
- UCLA Anderson Economic Forecast and Outlook, UCLA Anderson, December 2019
- "Challenges and Best Practices for Marketers in the Age of Privacy, Don't Let Consumer Privacy Regulations Impact Your Marketing ROI, American Marketing Association, October 2019
- "Economic Outlook, Commercial Real Estate in a Slowing Economy," UCLA Economic Forecast at UCLA Anderson, June 2019
- PVPAL (Playa Vista Parks and Landscape Corporation) Board Education Night & Vendor Expo, June 2019
- "Introduction to Ethical Presence Awareness for Expert Witnesses," FEWA (Forensic Expert Witness Association), April 2019
- "USC Marshall Leadership Summit, Leading Business Transformations, Leading Lifestyle, Culture, Lyrics. Becoming a Leader," March 2019
- "Technology and the Business of Entertainment," Economic Forecast at UCLA Anderson, March 2019
- "One Thing to Change About Your Creative Process," Hightail webinar, November 2018
- ThinkLA's Advanced TV Seminar, April 2018
- "Blockchain: The New Technological Frontier," USC Marshall Partners, April 2018
- "Trade, Taxes & Trump;" "Trump on Trade: US International Trade Regulations, Economic Forecast" at UCLA Anderson, March 2018
- 12th Annual USC Marshall Leadership Summit: "Premium Brands/Family Legacy; Cyclical Business; Leading with Purpose; Leading a Disruption; Leading High Performers," March 2018
- "Genius of Mozart; Genius of Einstein; Artistic Genius of Michelangelo; Creativity Workshop: How Aha!" Really Happens," One Day University, February 2018
- ThinkLA's Advanced TV Seminar, October 2017
- University Venturing & Angel Summit, USC Marshall and Lloyd Greif Center for Entrepreneurial Studies, Sixth Annual, with University of Southern California, UCLA Anderson, Cal State LA, LMU/LA, Pepperdine, California Lutheran, Chapman University, UCSB and UC Irvine, May 2017
- PMP's (Property Management Professionals) HOA Board Member Training Seminar, featuring Legislative Updates, Case Law Review and Pending Legislation, May 2017
- "The Five P's of Success (Proper Preparation Prevents Poor Performance): A View from the Bench and the Bar," FEWA, March 2017
- "Mobile Breakfast: Branding, Advertising, Content and Expo," Hosted by ThinkLA. Sponsored by Yahoo, March 2017
- "Association Obligations & Conflict Management, IDR-ADR/Nuisance Enforcement HOA Board Training," January 2017
- "Building Your Online Presence; Trends & Tactics," Digital Growth Summit, November 2016
- "Drones/UAV: Unnamed Aerial Vehicles," TASA (CLE credit), October 2016
- "Legal Issues in Advertising/The Use of Cutting-Edge Marketing and Advertising Techniques: How to Reduce Legal Risk," ThinkLA (CLE credit), September 2016
- Digital Growth Summit/Digital Outreach/Best Practices, May 2016
- University Venturing & Angel Summit, USC Marshall and Lloyd Greif Center for Entrepreneurial Studies, Fifth Annual, with UCLA Anderson, LMU, Pepperdine, California Lutheran, Chapman University, UCSB, UC Irvine and USC, May 2016
- PMP's (Property Management Professionals): HOA Board Member Training Seminar, featuring Legal, Annual Budgets and Reserve Studies, April 2016
- USC Global Conference, "Innovations for a Rapidly Changing World," Shanghai, China, 2015

- "Effective Expert Witness Testimony in Arbitration (FEWA)," November 2015
- "Entertainment Matters: Brands and Branding in the Time of Clickbait," USC Marshall Alumni Association program, September 2015
- Certified Forensic Litigation Consultant (CFLC)™, FEWA Professional, approved and granted, July 2015
- "Thinking Outside the Cookie Jar, New Tools, Opportunities & Risks of Mobile Behavioral Tracking and Text Messaging," IAPP KnowledgeNet Los Angeles, Alston & Bird, (CLE credit), April 2015
- Community Emergency Response Team (CERT) Program: Educated about disaster preparedness for hazards that may impact their area and trained in basic disaster response skills, such as fire safety, light search and rescue, team organization and disaster medical operations, graduated June 2015
- Southwestern Law School's Donald E. Biederman Entertainment and Media Law Institute Online Privacy Conference (7 hours, CLE credits), 2015
- FEWA Annual Conference, Courses and Symposium, April 2015; April 2019
- USC Strategic Marketing Online Program, 2013
- "The Changing Mobile Landscape," ThinkLA's Mobile Marketing, Advertising Seminar, 2013
- "Why Can't They Just Answer The Darn Phone," Automotive News, May 2013
- TEDxUSC: "A Journey Through Spheres of Influence" Conference, 2012
- "Economic Impact of Early Childhood Education/Linchpin of L.A.'s Business Profitability and Global Competitiveness" Conference, First5LA and UCLA Anderson, 2012
- "Digital Business in Europe" Seminar by Edwards Wildman, 2012
- "The Future is Mobile!," ThinkLA's Mobile Marketing, Advertising Seminar, 2012
- "Using Social Media to Obtain Bottom Line Business Results/ROI," 865A Management, UCLA Extension Seminar/Workshop, 2012
- Video@USC Initiative II: "Approaches to Fair Use; Teaching with Video: Copyright, Fair Use and Creative Opportunities," 2012
- Sonoma County Winegrape Commission's Grape Camp, 2012
- "Media Leader's Social Media Bootcamp," LMU, 2012
- "Online Behavioral Advertising: The US and EU Regulatory Regime," 2011
- TEDxUSC: "Actions Speak Louder!" Conference, 2011
- "Media Leader's Twitter, Facebook and LinkedIn Bootcamp," LMU, 2011
- USC Teaching with Technology Conference: "Collaborative Networks," 2010
- TEDxUSC: "Ideas Empowered" Conference, 2010
- USC Global Conference, Taipei, Taiwan, 2009
- USC Teaching with Technology Conference: "The Power of the Edge," 2009
- Media Morphosis, Evolving Media, 2009
- USC Global Conference, Tokyo, Japan, 2007
- DIRECTV Certification, Basic DSS Installation, August 1997
- USC Asia Conference, "Challenges & Opportunities for Pacific Rim Societies in the 21st Century," Pacific Rim Executive Education Program, Seoul, Republic of Korea, 2004
- USC Modern Marketing Program: "New Practices for Changing Times," 1995
- Town Hall Executive Series, "Leaders Talking to Leaders," 1989
- The Institute of Advanced Advertising Studies, the American Association of Advertising Studies (4A's) and the USC Program, with team report and presentation on a "Marketing Plan for Anytime Teller," June 1975
- American Institute of Banking, The American Bankers Association, Certificate, 1971


ARTICLES PUBLISHED; AUTHORED MARKETING, ADVERTISING, CREATIVE, MEDIA ARTICLES


Authored Business Section (front page) articles for the Los Angeles Daily News, on www.dailynews.com and on www.csun.edu/busecon/. Plus, articles published in Advertising Age on internships, in ADWEEK on creativity and slogans, Advertising Club of Los Angeles Official Publication, AdLA, and in FEWA Newsletter.

- Londre Marketing Blog at http://londremarketing.blogspot.com/, created and published July 2012 - present
- Londre Marketing Blog with Brian Hemsworth at http://2guyzonmarketing.com, created and published in June 2017 - present
- "How to Create a Marketing Strategy," 08/28/09
- Appeared multiple times on KABC 790 radio, including 25th Anniversary of the Music Center, 1988-1992
- "Today, Ads Can Sneak Up on You," 01/13/08
- "Product Placement, a Big Part of Media," 09/29/2009
- "Census is a Crucial Tool for Marketing," 08/25/09
- "Precision Pays Off in Advertising Strategy" / "This Space for Rent," 07/21/09
- "Develop a Game Plan for Pricing Decisions," 06/02/09
- "Mother's Day a Triumph of Marketing," 05/05/09
- "Super Bowl Ads: Were They Worth the Millions," 02/02/09
- "Advertising Around the Globe Subject to Nip/Tuck/Enhance," 01/13/09
- "Americans Still Count the Penny," 11/11/08
- "2010 Census as a Marketing Resource," October, 2009, FEWA Newsletter, a Professional Association of Consultants Providing Expert Services
- Creator, own the copyright for the Marketing concept, the Nine P's/9 P's ©2007, which augments the Marketing Mix and 4P's by the American Marketing Association, Neil Borden and E. Jerome McCarthy)
- "Block Party Has Lasting Benefits," NEWS -Westwood Hills Property Owners Association Newsletter, Fall 2004
- "Summer Internships," fifth in a series, Advertising Club of Los Angeles Official Publication, AdL.A., 1997
- "Need an Intern? Dial the Ad Club," Advertising Club of Los Angeles Official Publication, AdL.A., 1989
- "Summer Interns: Pay Now, Reap Later," Advertising Age, 08/1988
- "So, You Think You Know Advertising," ADWEEK, 02/11/85
- "Test Your Ad Sense," ADWEEK, 06/11/84
- "Let the Londre Quiz Test Your Ad Sense," ADWEEK, 09/12/1983

AWARDS AND ACKNOWLEDGMENTS

- "Certificate of Appreciation," for your commitment to improving our communities, Greater Los Angeles Homeless Count (2023)
- "Polished Apple" Award Recipient (2008 and 2006), honoring commitment to students at California State University, Northridge (CSUN)
- University of Southern California, School of Journalism, Special Excellence Award for Outstanding Achievement in Support of School's Academic Goals (April 1993)
- USC Parents' Association Teaching and Mentoring Award (2006)
- City of Los Angeles Fire Department's "Contribution to the Safety of Los Angeles" (1985)
- Los Angeles County Board of Supervisors "Salute to Larry S. Londre, for 25th Birthday Celebration of Music Center and Commitment to Performing Arts" (1989)
- Outstanding Citizen Award (1993), Los Angeles City Council ("There's Nothing Cool About Fireworks")
- Distinguished Professor, California State University, Northridge (1999)
- USC News, "Advertising Pyrotechnics" June 1995 (https://news.usc.edu/21868/Advertising-pyrotechnics/)
- Extraordinary Service Award, Wilshire Chamber of Commerce (1993)
- FEWA (Forensic Expert Witness Association), Certificate of Appreciation for Outstanding Service as a Speaker (2006, 2014, 2015, 2017)
- The Music Center Events and Program: Awards for Best Community Program from Publicity Club of Los Angeles (1991 and 1992)
- Award from California League of Cities (1991)
- Belding Award, Advertising Club of Los Angeles (1990)

- PRSA (Public Relations Society of America) Award (1990)
- Joseph Roos Community Service Award, PRSA (Public Relations Society of America) (1990)

<u>PROFESSIONAL ASSOCIATIONS AND VOLUNTEER ACTIVITIES</u>

- Volunteer, USC Aging Research Study with Emotion and Cognition Lab, February 2023
- Volunteer, the Los Angeles Homeless Services Authority (LAHSA)'s 2023 Greater Los Angeles Homeless Count program (January 2023)
- Host, SCend Off, a USC event welcoming incoming USC students and families to the Trojan Family, USC's unique culture, storied traditions and dynamic alumni community (July 2022)
- Volunteer, Alumni Day of SCervice Project with USC Gould Law Alumni Association of Los Angeles and Friends of Ballona Wetlands for Ballona Creek Cleanup (March 2022)
- Volunteer, Career Pathway Connections, student interviewee training at LA Promise Fund and Foshay High School (February and March 2022)
- Board of Director and Member, HCT (Half Century Trojans), with events and activities promoting the Trojan Spirit and strengthen the bonds that connect USC alumni lifelong and worldwide. (2021 to present)
- Ordained, Credentials of Ministry, Universal Life Church Ministries, August 2, 2021 (One wedding in 2022 and one funeral in 2023)
- Volunteer, Alumni Day of SCervice Project for needy, foster kids, Children's Bureau and all4kids.org (August 2021)
- Co-Chair, University of Southern California, Class of 1971: 50th Reunion Program and Events, (2021 – present)
- Member, LAX Coastal Chamber of Commerce (2020 to 2022)
- Community Representative, Operations LAPD/LAFD-West Bureau's Townhall (October 2019)
- Host, 2019 Trojan SCuppers mentoring event, celebrating USC's traditions and transformation, part of USC Alumni Association (USCAA) and Society 52 (October 2019)
- Board Director/Executive Board Member/Secretary/Treasurer/Event Chair/Member – AdRelief of Greater Los Angeles: a volunteer organization made up of advertising and promotions professionals brought together to help their colleagues in times of life crisis, formerly AIEF (Advertising Industry Emergency Fund) (1975-present)
- Volunteer, USC's Healthy Minds Research (2010 to present)
- Class Leader/Committee Member/Co-Captain/Co-Chair, Loyola High School Class (LHS), Class of 1967: 45th Reunion Program (2012), including 150 Anniversary programs (2015); 50th Reunion Committee, 2017 (2011 – present)
- Chair, AdRelief/Advertising Industry Emergency Fund (AIEF) Movie Night Fundraiser, each year, (2006 – present)
- Volunteer, Alumni Day of SCervice Project at Hopkins Wilderness Park (March 2019)
- Board Member, FEWA Education Committee (March 2019 - present)
- Host, 2019 Trojan SCuppers mentoring event, celebrating USC's traditions and transformation, part of USC Alumni Association (USCAA) and Society 52 (March 2019)
- Chair, "Safety First in Playa Vista and on Bluff Creek," PVPAL's Safety & Traffic Committee (January 2019 - present); Dawn Suskin, Executive Director said in August 2019: "We are a better and stronger community because of residents like you."
- Volunteer, Los Angeles Regional Food Bank, "Day of Service," with Loyola High and ThinkLA, City of Commerce, CA (October 2018)
- Participant/Contributor, embRACE Los Angeles, a program and an initiative aimed at unifying Angelenos, empowering communities, citywide conversation about race and racism, changing inequities throughout L.A. (April 2018)
- Volunteer, USC School of Architecture Day of SCervice at A Place Called Home, a safe haven in South Central Los Angeles (March 2018)
- Judge, Mobius Awards, International/Global Advertising Competition (2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019 and 2020)
- Judge, Gelato Festival America (Carpigiani Gelato University): Santa Barbara, CA (October 2017)

- Volunteer, USC Dornslife Day of SCervice at LAC + USC Medical Center (March 2017)
- Volunteer/Mentor, The Loyola Alumni Mentorship Program (LAMP) (2016-present)
- Judge, USC Marshall School, Lloyd Greif Center for Entrepreneurial Studies, New Venture Seed Competition (March 2017)
- Volunteer, Living through Giving Foundation and Hashtaglunchbag.org (November 2016)
- Board Director, including Vice President, Park Homes & Lofts/PH&L in Playa Vista, CA (June 2013 - July 2017; December 2018 – November 2019)
- Member, ConnectSC USC Student Affairs; Resource for USC Career Center and USC Alumni Association, helping launch careers or make career transitions (2012 - present)
- Judge, USC Marshall School, Lloyd Greif Center for Entrepreneurial Studies, New Venture Seed Competition (March 2016)
- Volunteer, USC Day of SCervice at My Friend's Place, which assists and inspires homeless youth to build self-sufficient lives (March 2016)
- Volunteer, CanJam Volunteer Day at LA Regional Food Bank, with ThinkLA (October 2015)
- Volunteer, Special Olympics World Games, "Health Athletes," Los Angeles (July 2015)
- Judge (Tasting and Recipe), Oxnard Salsa Festival/Salsa Recipe Contest, presented by Oxnard Downtowners (July 2015)
- Team Captain, Day of Service for Loyola High School, 150 Sites Day (at Homeboy Industries), part of Sesquicentennial Events and Volunteerism (April 11, 2015)
- Volunteer, USC Day of SCervice for InterSorority Parents Council supporting the Neighborhood Academic Initiative (NAI) at the USC Community House (March 2015).
- Contributor/Participant/Volunteer/Research Participant in USC's School of Gerontology's "Words and Images" Study (2013 - 2014)
- Volunteer, USC Day of SCervice at Richstone Family Center dedicated to preventing/treating child abuse, preventing violence in families, schools and communities (2014)
- Volunteer/Research Participant in, USC School of Psychology's "Bottom-Up and Top-Down Interactions Between Emotion and Cognitive Control" Study (2014)
- Presenter/Contributor/Judge/Interviewer for Foshay Tech Academy, including Internship Day and Hour of Code Tech Fair at Foshay Learning Center/Foshay High School, Los Angeles (2013 - present)
- Volunteer, USC Second Decade Society, Day of SCervice (2013)
- Volunteer, ThinkLA Save the Surf/Protect the Beaches (May 2013)
- Board Director/V.P., WHPOA, Westwood Hills Homeowners Association (2003 – 2013)
- Creator and Founding Member of Annual Westwood Hills' Cashmere, Tilden and Montana (with Greenfield and Denslow) Block Party (2002 – 2013)
- Member, UCLA Anderson Economic Forecast in Partnership with the Center of Global Management/ CIBER (2009 – present)
- Volunteer, USC Alumni Day of SCervice, "CFY's "Powering a New Generation of Learning; Computers for Kids" program, in conjunction with USC Friends and Neighbors SCervice Day (2012)
- Volunteer, Project Angel Food, Thanksgiving (2010, 2011 and 2012)
- Volunteer/Contributor/Participant, Gorilla Trekking Certificate in the Cause of the Critically Endangered Mountain Gorillas in Rwanda, 2012
- Judge, ThinkLA Interactive Awards/Advertising Competition (2011)
- Volunteer, Heal the Bay, part of USC Westside Alumni Group activities (August 2011)
- Volunteer, ThinkLA Presents "CREATIVELA" (2011)
- Committee Member, University of Southern California (USC) Class of 1971, 40th Reunion Program and Weekend Activities (2011)
- DMEF (Direct Marketing Educational Foundation), Professors Academy, with University of Southern California and CSUN (California State University, Northridge (2007 - 2008)
- Chair, 50th Anniversary Celebration of Westwood Hills (WHPOA) at W Hotel (September 14, 2008)
- Board Director - Advertising Club of Los Angeles (1983 to 2006), member since 1975 and continuing; Ad Club evolved into ThinkLA, member (2006 - present); included Belding Awards, Nominating Committee and Program Committee member; Chair, Advertising Club of Los

Angeles, Summer Internship Program, plus helped create Minority Advertising Training (MAT) Program (1983 - 2006)

- Member, ThinkLA, evolved from Advertising Club of Los Angeles (2006 - present)
- Non-Profits in the 90's PIRATES (Public Service Directors) Presenter: "Where the Community Meets the Media: There's Always Been a Part of Public Service in My Blood." (June 1990)
- Media Captain, Partnership for a Drug Free America (1985 - 1986)
- Advisory Board of Directors, California Special Olympics (1980 - 1984)
- Volunteer, after school tutoring, learning programs to the youth at Avalon-Carver Community Center and other locations; USC's Internship Program for fifth and sixth graders in basic skills (reading, math and other subjects) (1967 - 1971)
- Beta Gamma Sigma, International, Lifetime member (1970 - present)

Exhibit "2"

```
 1                  UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF CALIFORNIA

 3

 4    DIANA AKKAWI, an individual; )
      YASMIN AKKAWI, an individual;)
 5    KATELYN J. BUTTON, an        )
      individual; ERIC STELL, an   )
 6    individual; STEVE W. FOX, an )
      individual; EDMOND TARVERDIAN)
 7    an individual,               )
                                   )
 8              Plaintiffs,        )
                                   )
 9        vs.                      )      No. 2:20-cv-01034
                                   )           MCE-AC
10    KASRA SADR, an individual,   )
      CAR LAW FIRM, a business     )
11    entity form unknown; THE SADR)
      LAW FIRM, a professional law )
12    corporation; NATIONWIDE VIN  )
      MARKETING, a business entity )
13    form unknown; CALIFORNIA     )
      DEPARTMENT OF MOTOR VEHICLES,)
14    an Agency of the State of    )
      California; and DOES 1       )
15    through 20, inclusive,       )
                                   )
16              Defendants.        )
      _____)

17

18

                     ZOOM DEPOSITION OF
19
                        KASRA SADR
20
                     FEBRUARY 10, 2022
21

22

23

      ATKINSON-BAKER - A VERITEXT COMPANY
24    (800) 288-3376
      REPORTED BY:  MELISA RUSSIE, CSR NO. 7040
25    FILE NO.: 5060225
```

                                                   Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF CALIFORNIA
 3
      DIANA AKKAWI, an individual; )
 4    YASMIN AKKAWI, an individual;)
      KATELYN J. BUTTON, an         )
 5    individual; ERIC STELL, an    )
      individual; STEVE W. FOX, an  )
 6    individual; EDMOND TARVERDIAN )
      an individual,                )
 7                                  )
                  Plaintiffs,       )
 8                                  )
          vs.                       )      No. 2:20-cv-01034
 9                                  )           MCE-AC
      KASRA SADR, an individual,    )
10    CAR LAW FIRM, a business      )
      entity form unknown; THE SADR )
11    LAW FIRM, a professional law  )
      corporation; NATIONWIDE VIN   )
12    MARKETING, a business entity  )
      form unknown; CALIFORNIA      )
13    DEPARTMENT OF MOTOR VEHICLES, )
      an Agency of the State of     )
14    California; and DOES 1        )
      through 20, inclusive,        )
15                                  )
                  Defendants.       )
16    _____)
17
18        Zoom Deposition KASRA SADR, taken on behalf of
19    Plaintiffs beginning at 10:04 a.m. and ending at 2:55
20    p.m. on Thursday, February 10, 2022, before MELISA
21    RUSSIE, Certified Shorthand Reporter No. 7040.
22
23
24
25
```

Page  2

```
 1     APPEARANCES:
 2
 3     FOR PLAINTIFF:
 4          MADISON LAW, APC
            BY:  JAMES SIFERS
 5          Attorney at Law
            17702 Mitchell North
 6          Irvine, California 92614
            (949) 756-9050
 7          jsifers@madisonlawapc.com
 8     FOR DEFENDANTS:
 9          THE SADR LAW FIRM
            BY:  KASRA SADR
10          Attorney at Law
            2260 Avenida de la Playa
11          La Jolla, California  92037
            k.sadr@carlawfirm.com
12
       ALSO PRESENT:
13
            JESSIE NAVARRO, Videographer
14          ALI PARVANEH
            ERIC STELL
15          EDMON TARVERDIAN
            YASMIN AKKAWI
16
17
18
19
20
21
22
23
24
25
```

                                           Page 3

```
 1    Mailing Group does our mailing.                    10:45:45

 2        Q    Who is a part of the Mailing Group?       10:45:50

 3        A    Two guys.  I'm trying to remember their names.  10:45:54

 4        Q    Do you employ them or is it some other    10:46:01

 5    relationship?                                      10:46:04

 6        A    No, they are just a vendor that handles our  10:46:04

 7    mailing.  That way we don't have to fold it and stamp  10:46:11

 8    it.  They go to the post office and get updated    10:46:14

 9    addresses, because there's a lot of forwarding     10:46:20

10    addresses.  They print it; fold it; stuff it; get  10:46:24

11    updated records from the post office, and mail it.  10:46:32

12        Q    Is it a company?                          10:46:35

13        A    Yeah, called The Mailing Group.           10:46:38

14        Q    This is literally their name?             10:46:41

15        A    Yes, literally their name.  Somewhere in San  10:46:43

16    Diego.                                             10:46:47

17        Q    You don't recall the two individuals associated  10:46:47

18    with that?                                         10:46:49

19        A    Off the top of my head, I don't.          10:46:49

20        Q    Who is Ryan Bancaya?                       10:46:52

21        A    Ryan Bancaya is a guy that I met maybe seven or  10:46:56

22    eight or nine years ago.  I think he was introduced to  10:47:03

23    me through either N.A.S.C. or -- who was that attorney  10:47:09

24    -- Lou Liberty.                                    10:47:16

25            At the time -- this is right before Maracich,  10:47:25
```

Page 36

```
 1    which is a Supreme Court case.  Lou Liberty, at the     10:47:34
 2    time, was going to the DMV, getting names and addresses  10:47:41
 3    and sending out solicitation letters.  And Lou Liberty   10:47:47
 4    said hey, this is a great business model.  Let's get     10:47:52
 5    involved.                                                10:47:56
 6           Lou was, at the time, one of the bigger           10:47:58
 7    plaintiffs attorneys, or so I thought.  He had actually  10:48:02
 8    sued -- I used to defend dealers and he had sued one of  10:48:06
 9    my dealers a few times.  And so I met with him and I     10:48:10
10    liked his business model but he was very unorganized,    10:48:17
11    and I thought that I could bring a lot of organization   10:48:21
12    to the structure and make it bigger.                     10:48:24
13           He introduced me to N.A.S.C. and Ryan -- and      10:48:28
14    N.A.S.C. had their own scraping model to get some        10:48:35
15    information -- information from the cars and stuff.  Lou  10:48:42
16    would buy those and then go to the DMV then send out     10:48:45
17    solicitation letters.                                    10:48:52
18           Lou -- the DMV didn't like that.  They didn't     10:48:55
19    like his approach.  For some reason he got stopped from  10:48:58
20    doing that.  I think right around there the Maracich     10:49:05
21    case had come out.  This was right around when we        10:49:15
22    started Nationwide VIN Marketing and one of the reasons  10:49:17
23    that we never went anywhere was partly because of the    10:49:20
24    Maracich and partly because we couldn't be economically  10:49:24
25    -- we couldn't match what companies like J&L Marketing   10:49:27
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

| | | |
|---|---|---|
| 1 | do.  J&L Marketing has VIN marketing.  They are just way | 10:49:33 |
| 2 | bigger so they can offer it at much better rates than we | 10:49:37 |
| 3 | could ever do it. | 10:49:42 |
| 4 | So I met Ryan through that route.  Ryan said | 10:49:44 |
| 5 | look, I'm a conglomerate.  I can get information.  One | 10:49:48 |
| 6 | of the misnomers that everybody seems to have is they go | 10:49:53 |
| 7 | where did you get the VIN and where did you get the | 10:49:58 |
| 8 | address?  It doesn't work that way.  If you gave me VIN, | 10:50:01 |
| 9 | I could probably have only a 13 percent chance of | 10:50:04 |
| 10 | getting the name and address.  What Ryan is able to do | 10:50:07 |
| 11 | was to get a whole bunch of VINs, match them against | 10:50:11 |
| 12 | VINs from auction information; match them with | 10:50:18 |
| 13 | information of AutoCheck; match information from | 10:50:21 |
| 14 | registration, names, whatever, put them -- whatever | 10:50:24 |
| 15 | matches, give me a list, which is only as good as 30 | 10:50:28 |
| 16 | percent good, 40 percent good, at best.  That's what I | 10:50:34 |
| 17 | get. | 10:50:40 |
| 18 | Oftentimes the name is wrong; oftentimes the | 10:50:40 |
| 19 | address is wrong; oftentimes it is not even the car; | 10:50:43 |
| 20 | oftentimes we get some return junk mails coming back. | 10:50:47 |
| 21 | Q   That's how you've been acquiring your | 10:50:53 |
| 22 | information for the last seven or nine years? | 10:50:59 |
| 23 | A   Correct.  Because when I first started out -- | 10:51:01 |
| 24 | this is isn't the first time that someone has claimed | 10:51:03 |
| 25 | that I go to the DMV.  The original starter of this was | 10:51:06 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

| 1 | -- what is her name?  Lady attorney. | 10:51:11 |
| 2 | Q   Valerie Horn? | 10:51:18 |
| 3 | A   Valerie Horn.  So Valerie Horn filed a lawsuit | 10:51:21 |
| 4 | saying I go to the DMV.  Well, I proved to the court | 10:51:26 |
| 5 | that I don't go to the DMV, but then the DMV pulled my | 10:51:29 |
| 6 | registration number.  And so I have to fly up to the | 10:51:34 |
| 7 | DMV, met with the DMV -- Jerry Zolinski is his name.  He | 10:51:39 |
| 8 | worked there at the time.  I don't know if he's still | 10:51:44 |
| 9 | there or not and go "I'm not getting my information from | 10:51:46 |
| 10 | the DMV.  The only time that I go to the DMV is if I | 10:51:48 |
| 11 | have a general lawsuit."  I showed him everything.  They | 10:51:52 |
| 12 | didn't care.  They put me on a pre-authorization, which | 10:51:55 |
| 13 | no other attorney has ever done.  So normally you could | 10:52:00 |
| 14 | go to the DMV; fill out a form; sign it; then they'll | 10:52:03 |
| 15 | give you the information. | 10:52:07 |
| 16 | I, for whatever reason, not only would I have | 10:52:09 |
| 17 | to sign that form, but I would have to call up the DMV | 10:52:11 |
| 18 | and prove to them that it's for a lawsuit or for a case | 10:52:15 |
| 19 | or whatever, which I don't know why I had to go through | 10:52:21 |
| 20 | extra stuff because it's not like they found out that I | 10:52:24 |
| 21 | went to DMV. | 10:52:28 |
| 22 | The DMV pulled my license.  And Maracich had | 10:52:29 |
| 23 | come out, which I believe -- despite Maracich they are | 10:52:33 |
| 24 | still the safety exemption, but it's something that I | 10:52:36 |
| 25 | didn't want to deal with probably for this particular | 10:52:44 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

| | | |
|---|---|---|
| 1 | reason.  I knew eventually someone is going to come and | 10:52:48 |
| 2 | say where are you getting your VINs, and now I have to | 10:52:51 |
| 3 | deal with lawsuits and so forth. | 10:52:55 |
| 4 | So way back seven or eight years ago I made the | 10:52:58 |
| 5 | decision that I'm buying inaccurate information, at | 10:53:00 |
| 6 | best, and that most of my information was junk.  So we | 10:53:04 |
| 7 | started with 80,000 VINs, we probably ended up with | 10:53:09 |
| 8 | 1,000 clients a year. | 10:53:13 |
| 9 | Q    Ryan Bancaya, does he have a company name or | 10:53:16 |
| 10 | anything like that? | 10:53:21 |
| 11 | A    I just know him as Ryan Bancaya and I pay him | 10:53:23 |
| 12 | as Ryan Bancaya. | 10:53:27 |
| 13 | Q    Where is he located? | 10:53:28 |
| 14 | A    I think Philippines. | 10:53:29 |
| 15 | Q    Have you ever actually met him? | 10:53:31 |
| 16 | A    Yeah. | 10:53:35 |
| 17 | Q    He comes to the U.S.? | 10:53:35 |
| 18 | A    Yeah. | 10:53:37 |
| 19 | Q    Does he have a location that he regularly comes | 10:53:37 |
| 20 | to here? | 10:53:40 |
| 21 | A    First time I met him was Northern California; | 10:53:41 |
| 22 | second time I met him was in my office when he had come | 10:53:45 |
| 23 | for a visit. | 10:53:48 |
| 24 | Q    And you only personally met him twice in | 10:53:48 |
| 25 | person? | 10:53:53 |

Page 40

```
 1        Q    How does he know that?                      10:55:17

 2        A    An AutoCheck.  By matching VINs, it will show   10:55:20

 3   where it got registered and so forth.                10:55:27

 4        Q    Sure.                                       10:55:28

 5        A    This is my best knowledge.  Then he's got VINs   10:55:29

 6   that acclimate things like from J&L, just random things   10:55:35

 7   that this VIN is matched to this person at this address.   10:55:39

 8   You take 80,000 of these VINs and whatever -- a 100,000   10:55:43

 9   of these VINs and you put them overlap, you might get   10:55:48

10   5,000 that are overlapped.                           10:55:51

11        Q    Overlapping how?                            10:55:52

12        A    You got name; address; auction announcement;   10:55:54

13   city; title; registration.                           10:56:00

14        Q    Where does the information for the name and the   10:56:02

15   address come from?                                   10:56:05

16        A    I don't know.                               10:56:06

17        Q    Have you ever asked him that?               10:56:06

18        A    I've asked him.  I've -- well, here is what I   10:56:08

19   told him.  I asked it if any of it comes from the DMV,   10:56:14

20   and he told me no.  First of all, I think DMV you have   10:56:18

21   to have a form.  Then each VIN costs like $10.  So he   10:56:22

22   would not be able to charge me $3400.  If it was from   10:56:30

23   the DMV it would be good records, it would not be 80   10:56:34

24   percent junk responses.                              10:56:40

25        Q    You said he charges you $3400, right?       10:56:42
```

Page 42

```
 1        A   A month.                                      10:56:47

 2        Q   Does he provide you with a set number every   10:56:47

 3   single month?                                          10:56:50

 4        A   No, he provides me on a quarterly basis.      10:56:50

 5        Q   So every quarter he provides you a dump of VINs  10:56:55

 6   and addresses and names?                               10:56:58

 7        A   Exactly.                                       10:57:00

 8        Q   You are not entirely sure where those come    10:57:00

 9   from, except from where you've just testified?         10:57:03

10        A   Correct.  I've tried to see if I could beat it,  10:57:06

11   so every so many years I call up different companies --  10:57:08

12   like again I'm talking to J&L right now.  They think   10:57:11

13   they can give me better VINs that are more accurate --  10:57:15

14   the accuracy is the problem because the minute that I  10:57:22

15   mail -- it goes to The Mailing Group, it's a one-time  10:57:25

16   use, but one-time use means four mailings.  So I give  10:57:29

17   them this list, The Mailing Group.  If it's the wrong  10:57:34

18   name, registration, address, then it cost me $4.00 per  10:57:39

19   mailing -- probably more like 5 by the times their fees  10:57:48

20   come up, maybe 6.  So 6 times 4 is a $24 waste.  You   10:57:52

21   multiply that by 30,000, 40,000 VINs, it's just waste of  10:57:57

22   money.  But that's the best info that's out there.     10:58:04

23        Q   You understand that as an attorney you have   10:58:10

24   obligations with respect to advertisements, correct?   10:58:17

25        A   Correct.                                       10:58:19
```

Page 43

| | | | |
|---|---|---|---|
| 1 | A | Never. | 10:59:52 |
| 2 | Q | Have you ever had anyone run a K.S.R. for you? | 10:59:52 |
| 3 | A | Never. | 10:59:56 |
| 4 | Q | Do you know if Mr. Bancaya is running K.S.R.s? | 10:59:56 |
| 5 | A | I have no idea. | 11:00:00 |

6    Q    If Mr. Bancaya is running K.S.R.s, would you    11:00:00

7  agree if he is doing that for your list that would be an    11:00:04

8  improper purpose?    11:00:07

9    A    I have no idea.  I don't know when a K.S.R. is    11:00:08

10  allowed and what it's not.    11:00:11

11    Q    Now, on these lists that come with name,    11:00:12

12  address and VIN, how often are you getting these lists?    11:00:20

13    A    Once a quarter.    11:00:24

14    Q    About how many are on that list?    11:00:25

15    A    30,000.    11:00:30

16    Q    Is it all California?    11:00:32

17    A    Correct.    11:00:35

18    Q    What about Texas, are you doing -- do you have    11:00:36

19  a similar set-up for Texas?    11:00:41

20    A    We are starting, yes.    11:00:42

21    Q    Is that something that you are doing with    11:00:43

22  Mr. Bancaya?    11:00:46

23    A    Correct.    11:00:47

24    Q    Have you actually gotten Texas VINs from    11:00:47

25  Mr. Bancaya?    11:00:52

Page 45

```
 1    them.  He's kind of like a computer wiz.  He can create        12:36:42

 2    coding, he could create different platforms, wherever          12:36:47

 3    you need.                                                       12:36:54

 4         Q    Aside from having him provide you with the list      12:36:54

 5    that we've been talking about, have you had him do any          12:36:57

 6    other type of work for you?                                     12:37:01

 7         A    No.                                                   12:37:02

 8         Q    How do you pay him?                                   12:37:02

 9         A    Monthly through PayPal.                               12:37:05

10         Q    Let me show you a copy of that -- looks like         12:37:09

11    another screenshot.  I'll mark this as Exhibit 15.              12:37:13

12    What am I looking at here?                                      12:37:28

13         A    That's, I believe, a screenshot of PayPal.           12:37:32

14              (Plaintiff's Exhibit 15 was marked for

15               identification by the court reporter.)

16    BY MR. SIFERS:

17         Q    Does he send you any invoices or anything?           12:37:35

18         A    No.                                                   12:37:39

19         Q    Aside from the Sessions texts, do you have any       12:37:39

20    other written communications with Mr. Bancaya?                 12:37:43

21         A    No.  So originally I might have, then we just        12:37:45

22    fallen into a normal routine where I pay him $3400 a            12:37:50

23    month, and once a quarter he'll say, you know, "Hello,         12:37:54

24    sir."  Very polite guy.  I have updated whatever, and          12:38:00

25    I'll say "Okay, send me your list".  He'll send it, then       12:38:06
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

| | | |
|---|---|---|
| 1 | I don't talk to him for another three months.  Then he | 12:38:10 |
| 2 | will have quarter, so it is all pretty routine now. | 12:38:12 |
| 3 | Q   You personally do the payment? | 12:38:15 |
| 4 | A   No, that goes through Narissa. | 12:38:18 |
| 5 | Q   This is from, I'm guessing, a business account | 12:38:21 |
| 6 | of yours? | 12:38:25 |
| 7 | A   I don't know if we have a business account or | 12:38:27 |
| 8 | Narissa pays it out of her account and reimburses | 12:38:29 |
| 9 | herself, I don't know. | 12:38:33 |
| 10 | Q   How much in total have you paid Mr. Bancaya | 12:38:35 |
| 11 | since you started using him? | 12:38:39 |
| 12 | A   3,400 times 12 is roughly about 40,000 a year. | 12:38:44 |
| 13 | Q   For seven years or so? | 12:38:49 |
| 14 | A   Yes.  I think it was cheaper before.  It's gone | 12:38:51 |
| 15 | up to 3400? | 12:38:57 |
| 16 | Q   What was it before? | 12:38:58 |
| 17 | A   I don't remember. | 12:38:59 |
| 18 | Q   Do you guys ever e-mail back and forth? | 12:38:59 |
| 19 | A   Now, never. | 12:39:09 |
| 20 | Q   Did you in the past? | 12:39:10 |
| 21 | A   E-mail?  No.  It was always either through | 12:39:11 |
| 22 | Skype or Sessions. | 12:39:16 |
| 23 | Q   When the lists comes in is it like in a pdf or | 12:39:17 |
| 24 | a Word doc? | 12:39:22 |
| 25 | A   In a CVS file or like -- not an Excel, but a | 12:39:22 |

Page 99

1

2                        REPORTER'S CERTIFICATE

3

4          I, MELISA RUSSIE, CSR. No. 7040, Certified

5     Shorthand Reporter, Certify:

6

7          That the foregoing proceedings were taken before

8     me at the time and place therein set forth.

9

10         That the foregoing is a true and correct

11    transcript of my shorthand notes so taken.

12

13         I further certify that I am not a relative or

14    employee of any attorney of the parties, nor financially

15    interested in the action.

16

17         I declare under penalty of perjury under the laws

18    of California that the foregoing is true and correct.

19         Dated this 21st day of February, 2022.

20

21         *Melisa Russie*

22         MELISA RUSSIE, CSR #7040

23

24

25

                                        Page 191

Exhibit "3"

# Nationwide VIN Marketing

**Select Page** 

# Welcome

The nations only targeted Marketing List to vehicle owners. Do you wish to market to owners of specific vehicles, whether it be to sell insurance products, or after market parts and accessories? At NVM, we have the largest public database to associate any VIN (Vehicle Identification Number) to your desired criteria.

We have the make and model of any vehicle, and can associate it with the best known public information* of owners and public addresses* available.

Click for Pricing

*public information is not always complete and up-to-date

Designed by **Elegant Themes** | Powered by **WordPress**



**Select Page**                                                            ☰

# Pricing

## Exclusive Right to Market to a Certain VIN

Choose your criteria of vehicle: year, make, model, and any other criteria you care about

$50 per VIN (ask for large volume discounts)

## Registered Owner Name From Public Records*

Additional $50 per VIN (ask for large volume discounts)

## Address Associated with Name From Public Records*

Additional $50 per VIN (ask for large volume discounts)

Call David at **858-525-3350** for more information

or

email at nationawidevinmarketing@gmail.com

"public information is not always complete and up-to-date"

Designed by **Elegant Themes** | Powered by **WordPress**