UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA AKKAWI, an individual; YASMINE AKKAW, an individual; KATELYN J. BUTTON, an individual; ERIC STELL, an individual; STEVE W. FOX, an individual; EDMOND TARVERDIAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KASRA SADR, an individual; CAR LAW FIRM, a business entity form unknown; NATIONWIDE VIN MARKETING, a business entity form unknown; CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, an Agency of the State of California; and DOES 1 through 20, inclusive,<br><br>Defendants. | No.  2:20-cv-1034 MCE AC<br><br>ORDER |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On March 22, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 214.  Neither party has filed objections to the findings and recommendations.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 22, 2024, ECF No. 214, are ADOPTED in full;

2. Plaintiffs' motion for default judgment against defendant Bancaya, ECF No. 205, is DENIED without prejudice.  Plaintiffs are allowed to again move for default judgment when all other claims against other defendants have been fully adjudicated.

IT IS SO ORDERED.

Dated:  September 10, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE