1  James S. Sifers, SBN 259105
2  jsifers@madisonlawapc.com
   Susanna F. Wiseman, SBN 281234
3  swiseman@madisonlawapc.com
4  **MADISON LAW, APC**
   17702 Mitchell North
5  Irvine, California 92614
6  Telephone: (949) 756-9050
   Facsimile: (949) 756-9060
7
8  Attorneys for Plaintiffs Diana Akkawi,
9  Yasmin Akkawi, Katelyn J. Button, Eric Stell,
   Steve W. Fox, and Edmond Tarverdian
10

11              **UNITED STATES DISTRICT COURT**
12              **EASTERN DISTRICT OF CALIFORNIA**

13  DIANA AKKAWI, an individual; YASMIN      Case No.: 2:20-cv-01034-MCE-AC
14  AKKAWI, an individual; KATELYN J.        Assigned to: Judge Dena Coggins
    BUTTON, an individual; ERIC STELL, an
15  individual; STEVE W. FOX, an individual; **PLAINTIFFS' PROPOSED JURY**
16  EDMOND TARVERDIAN, an individual;        **INSTRUCTIONS AND VERDICTS**

17            Plaintiffs,
18                                            Action Filed:    May 20, 2020
    v.                                        Trial Date:      August 25, 2025
19
20  KASRA SADR, an individual; CAR LAW
    FIRM, a business entity form unknown;
21  THE SADR LAW FIRM, a professional law
    corporation; NATIONWIDE VIN
22  MARKETING, a business entity form
    unknown; RYAN BANCAYA, an
23  individual; and DOES 1 through 20,
24  inclusive,
25
26            Defendants.
27
28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs Diana Akkawi, Yasmin Akkawi, Katelyn J. Button, Eric Stell, Steve W. Fox, and Edmond Tarverdian (collectively, "Plaintiffs") respectfully submit the following proposed jury instructions and verdict form. Plaintiffs request the right, and reserve all right presently held, to supplement these instructions as appropriate based on the jury instructions submitted by Defendants and the evidence submitted at trial.

### **Index of Jury Instructions**

*Ninth Circuit Model Instructions*

1.3     Duty of Jury

1.5     Claims and Defenses

1.6*[1]  Burden of Proof

1.8*    Two or More Parties – Different Legal Rights

1.9*    What is Evidence

1.10*   What is Not Evidence

1.12*   Direct and Circumstantial Evidence

1.13*   Ruling on Objections

1.14*   Credibility of Witnesses

1.15*   Conduct of the Jury

1.18*   Taking Notes

1.20*   Bench Conferences and Recesses

1.21*   Outline of Trial

---

[1] Plaintiffs' counsel requested comment on their proposed joint instructions on August 5, 2025, but received only an ambiguous e-mail regarding a subset of the proposed jury instructions on August 11, 2025 – the day instructions must be filed. Based on that e-mail, those instructions that are believed to be accepted as joint are marked with an asterisk.

Sidebar (left margin):

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

1.22  Self-Represented Party

2.0*   Cautionary Instructions

2.11* Use of Interrogatories

2.12  Use of Requests for Admission

2.13* Expert Opinion Testimony

3.1*  Duty to Deliberate

3.2*  Consideration of Evidence – Conduct of Jury

3.3*  Communication with Court

3.5*  Return of Verdict

3.9*  Post-Discharge Instruction

4.2*  Liability of Corporations – Scope of Authority Not in Issue

4.4*  Agent and Principal – Definition

4.5*  Agent – Scope of Authority Defined

4.9*  Both Principal and Agent Sued – No Issue as to Agency or Authority

5.1   Damages – Proof

5.5   Punitive Damages

5.6   Nominal Damages

### 'CACI' Instructions

203   Party Having Power to Produce Better Evidence

204   Willful Suppression of Evidence

205   Failure to Explain or Deny Evidence

400   Negligence – Essential Factual Elements

401   Basic Standard of Care

### Special Instructions

P.1   Elements of DPPA Claim

P.2   Damages for Violation of the Driver's Privacy Protection Act

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

1    P.3    Definition of Motor Vehicle Record

2    P.4    Definition of Personal Information

3    P.5    Permissible Uses

4    P.6    Attorney-Exemption Under California Law

5

6    Respectfully submitted on this 11th day of August, 2025 by:

7                                                    MADISON LAW, APC

8

9                                          By:  /s/ James S. Sifers
10                                               James S. Sifers
11                                               Susanna F. Wiseman
                                                 Attorneys for Plaintiffs

**1.3  DUTY OF JURY (COURT READS INSTRUCTIONS AT THE BEGINNING OF TRIAL BUT DOES NOT PROVIDE WRITTEN COPIES)**

Members of the jury: You are now the jury in this case.  It is my duty to instruct you on the law.

It is your duty to find the facts from all the evidence in the case.  To those facts you will apply the law as I give it to you.  You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices or sympathy. That means that you must decide the case solely on the evidence before you.  You will recall that you took an oath to do so.

At the end of the trial I will give you final instructions.  It is the final instructions that will govern your duties.

Please do not read into these instructions, or anything I may say or do, that I have an opinion regarding the evidence or what your verdict should be.

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 1.3

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

## 1.5  CLAIMS AND DEFENSES

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

Plaintiffs assert that Defendants have violated state and federal law and acted negligently as it relates to the obtaining, disclosing, and/or using of Personal Information, directly or indirectly, from the California DMV. Plaintiffs have the burden of proving these claims.

The defendant denies those claims.

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 1.5

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

**MADISON LAW, APC**
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

## 1.6  BURDEN OF PROOF—PREPONDERANCE OF THE EVIDENCE

When a party has the burden of proving any claim by a preponderance of the evidence, it means you must be persuaded by the evidence that the claim is more probably true than not true.

You should base your decision on all of the evidence, regardless of which party presented it.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 1.6

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

1

**1.8  TWO OR MORE PARTIES—DIFFERENT LEGAL RIGHTS**

2

     You should decide the case as to each party separately. Unless otherwise stated, the instructions

3

apply to all parties.

4

<u>Authority</u>

5

Ninth Circuit Manual of Model Civil Jury Instructions 1.8

6

GIVEN _____

7

GIVEN AS MODIFIED _____
REFUSED _____

8

WITHDRAWN _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

**1.9  WHAT IS EVIDENCE**

The evidence you are to consider in deciding what the facts are consists of:

1.      the sworn testimony of any witness;

2.      the exhibits that are admitted into evidence;

3.      any facts to which the lawyers have agreed; and

4.      any facts that I may instruct you to accept as proved.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 1.9

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

## 1.10  WHAT IS NOT EVIDENCE

In reaching your verdict, you may consider only the testimony and exhibits received into evidence. Certain things are not evidence, and you may not consider them in deciding what the facts are. I will list them for you:

(1)     Arguments and statements by lawyers are not evidence. The lawyers are not witnesses. What they may say in their opening statements, closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

(2)     Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the objection or by the court's ruling on it.

(3)     Testimony that is excluded or stricken, or that you are instructed to disregard, is not evidence and must not be considered.  In addition some evidence may be received only for a limited purpose; when I instruct you to consider certain evidence only for a limited purpose, you must do so and you may not consider that evidence for any other purpose.

(4)     Anything you may see or hear when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 1.10

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

## 1.12  DIRECT AND CIRCUMSTANTIAL EVIDENCE

Evidence may be direct or circumstantial.  Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did.  Circumstantial evidence is proof of one or more facts from which you could find another fact.  You should consider both kinds of evidence.  The law makes no distinction between the weight to be given to either direct or circumstantial evidence.  It is for you to decide how much weight to give to any evidence.

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 1.12

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

## 1.13  RULING ON OBJECTIONS

There are rules of evidence that control what can be received into evidence. When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object. If I overrule the objection, the question may be answered or the exhibit received. If I sustain the objection, the question cannot be answered, and the exhibit cannot be received. Whenever I sustain an objection to a question, you must ignore the question and must not guess what the answer might have been.

Sometimes I may order that evidence be stricken from the record and that you disregard or ignore that evidence. That means when you are deciding the case, you must not consider the stricken evidence for any purpose.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 1.13

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

**1.14  CREDIBILITY OF WITNESSES**

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

(1)    the opportunity and ability of the witness to see or hear or know the things testified to;

(2)    the witness's memory;

(3)    the witness's manner while testifying;

(4)    the witness's interest in the outcome of the case, if any;

(5)    the witness's bias or prejudice, if any;

(6)    whether other evidence contradicted the witness's testimony;

(7)    the reasonableness of the witness's testimony in light of all the evidence; and

(8)    any other factors that bear on believability.

Sometimes a witness may say something that is not consistent with something else he or she said. Sometimes different witnesses will give different versions of what happened. People often forget things or make mistakes in what they remember. Also, two people may see the same event but remember it differently. You may consider these differences, but do not decide that testimony is untrue just because it differs from other testimony.

However, if you decide that a witness has deliberately testified untruthfully about something important, you may choose not to believe anything that witness said. On the other hand, if you think the witness testified untruthfully about some things but told the truth about others, you may accept the part you think is true and ignore the rest.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify. What is important is how believable the witnesses were, and how much weight you think their testimony deserves.

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 1.14

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 ... Fax (949) 756-9060

# 1.15  CONDUCT OF THE JURY

I will now say a few words about your conduct as jurors.

First, keep an open mind throughout the trial, and do not decide what the verdict should be until you and your fellow jurors have completed your deliberations at the end of the case.

Second, because you must decide this case based only on the evidence received in the case and on my instructions as to the law that applies, you must not be exposed to any other information about the case or to the issues it involves during the course of your jury duty.  Thus, until the end of the case or unless I tell you otherwise:

Do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it.  This includes discussing the case in person, in writing, by phone, tablet, or computer, or any other electronic means, via email, text messaging, or any internet chat room, blog, website or application, including but not limited to Facebook, YouTube, the platform "X" formerly known as Twitter, Instagram, LinkedIn, Snapchat, TikTok, or any other forms of social media.  This applies to communicating with your fellow jurors until I give you the case for deliberation, and it applies to communicating with everyone else including your family members, your employer, the media or press, and the people involved in the trial, although you may notify your family and your employer that you have been seated as a juror in the case, and how long you expect the trial to last.  But, if you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter and report the contact to the court.

Because you will receive all the evidence and legal instruction you properly may consider to return a verdict:  do not read, watch or listen to any news or media accounts or commentary about the case or anything to do with it, although I have no information that there will be news reports about this case; do not do any research, such as consulting dictionaries, searching the Internet, or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own.  Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial.  Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers— until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible.

These rules protect each party's right to have this case decided only on evidence that has been presented here in court.  Witnesses here in court take an oath to tell the truth, and the accuracy of their testimony is tested through the trial process.  If you do any research or investigation outside the courtroom, or gain any information through improper communications, then your verdict may be influenced by inaccurate, incomplete or misleading information that has not been tested by the trial

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050. . . Fax (949) 756-9060

process. Each of the parties is entitled to a fair trial by an impartial jury, and if you decide the case based on information not presented in court, you will have denied the parties a fair trial. Remember, you have taken an oath to follow the rules, and it is very important that you follow these rules.

A juror who violates these restrictions jeopardizes the fairness of these proceedings, and a mistrial could result, requiring the entire trial process to start over. If any juror is exposed to any outside information, please notify the court immediately, by sending a note through the clerk signed by any one or more of you.

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 1.15

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

## 1.18  TAKING NOTES

If you wish, you may take notes to help you remember the evidence.  If you do take notes, please keep them to yourself until you go to the jury room to decide the case.  Do not let notetaking distract you.  When you leave, your notes should be left in the courtroom.  No one will read your notes.

Whether or not you take notes, you should rely on your own memory of the evidence. Notes are only to assist your memory. You should not be overly influenced by your notes or those of other jurors.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 1.18

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

## 1.20  BENCH CONFERENCES AND RECESSES

From time to time during the trial, it may become necessary for me to talk with the attorneys out of the hearing of the jury, either by having a conference at the bench when the jury is present in the courtroom, or by calling a recess.  Please understand that while you are waiting, we are working.  The purpose of these conferences is not to keep relevant information from you, but to decide how certain evidence is to be treated under the rules of evidence and to avoid confusion and error.

Of course, we will do what we can to keep the number and length of these conferences to a minimum.  I may not always grant an attorney's request for a conference.  Do not consider my granting or denying a request for a conference as any indication of my opinion of the case or of what your verdict should be.

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 1.20

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

1

## 1.21  OUTLINE OF TRIAL

2

3      Trials proceed in the following way: First, each side may make an opening statement.  An
opening statement is not evidence.  It is simply an outline to help you understand what that party expects
the evidence will show.  A party is not required to make an opening statement.

4

5      The plaintiff will then present evidence, and counsel for the defendant may cross-examine.  Then
the defendant may present evidence, and counsel for the plaintiff may cross-examine.

6

7      After the evidence has been presented, I will instruct you on the law that applies to the case and
the attorneys will make closing arguments.

8

9      After that, you will go to the jury room to deliberate on your verdict.

10

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 1.21

11

12   GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MADISON LAW, APC**
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . Fax (949) 756-9060

**1.22  SELF-REPRESENTED PARTY**

Kasra Sadr is representing himself in this trial.  This fact must not affect your consideration of the case.  Self-represented parties and parties represented by an attorney are entitled to the same fair consideration.

Because Kasra Sadr is acting as his own lawyer, you will hear him speak at various times during the trial.  He may make an opening statement and closing argument and may ask questions of witnesses, make objections, and argue legal issues to the court. I want to remind you that when Kasra Sadr speaks in these parts of the trial, he is acting as his own advocate, and his  words are not evidence.  The only evidence in this case comes from witnesses who testify under oath on the witness stand or by deposition and from exhibits that are admitted into evidence.  When a self-represented party testifies, you should treat this testimony just as you would the testimony of any other witness.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 1.22

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

## 2.0  CAUTIONARY INSTRUCTIONS

**At the End of Each Day of the Case:**

As I indicated before this trial started, you as jurors will decide this case based solely on the evidence presented in this courtroom.  This means that, after you leave here for the night, you must not conduct any independent research about this case, the matters in the case, the legal issues in the case, or the individuals or other entities involved in the case.  This is important for the same reasons that jurors have long been instructed to limit their exposure to traditional forms of media information such as television and newspapers.  You also must not communicate with anyone, in any way, about this case.  And you must ignore any information about the case that you might see while browsing the internet or your social media feeds.

**At the Beginning of Each Day of the Case:**

As I reminded you yesterday and continue to emphasize to you today, it is important that you decide this case based solely on the evidence and the law presented here.  So you must not learn any additional information about the case from sources outside the courtroom.  To ensure fairness to all parties in this trial, I will now ask each of you whether you have learned about or shared any information about this case outside of this courtroom, even if it was accidental.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 2.0

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

**MADISON LAW, APC**
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

## 2.11  USE OF INTERROGATORIES

Evidence was presented to you in the form of answers of one of the parties to written interrogatories submitted by the other side. These answers were given in writing and under oath before the trial in response to questions that were submitted under established court procedures. You should consider the answers, insofar as possible, in the same way as if they were made from the witness stand.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 2.11

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

## 2.12  USE OF REQUESTS FOR ADMISSION

Evidence was presented to you in the form of admissions to the truth of certain facts. These admissions were given in writing before the trial, in response to requests that were submitted under established court procedures. You must treat these facts as having been proved.

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 2.12

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

# 2.13 EXPERT OPINION TESTIMONY

You have heard testimony from Larry S. Londre and Thomas J. Maronik who testified about their opinions and the reasons for those opinions. This opinion testimony is allowed, because of the specialized knowledge, skill, experience, training, or education of these witnesses.

Such opinion testimony should be judged like any other testimony. You may accept it or reject it and give it as much weight as you think it deserves, considering the witness' specialized knowledge, skill, experience, training, or education, the reasons given for the opinion, and all the other evidence in the case.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 2.13

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

### 3.1  DUTY TO DELIBERATE

Before you begin your deliberations, elect one member of the jury as your presiding juror. The presiding juror will preside over the deliberations and serve as the spokesperson for the jury in court.

You shall diligently strive to reach agreement with all of the other jurors if you can do so. Your verdict must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all of the evidence, discussed it fully with the other jurors, and listened to their views.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not be unwilling to change your opinion if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right, or change an honest belief about the weight and effect of the evidence simply to reach a verdict.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 3.1

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

### 3.2  CONSIDERATION OF EVIDENCE – CONDUCT OF JURY

Because you must base your verdict only on the evidence received in the case and on these instructions, I remind you that you must not be exposed to any other information about the case or to the issues it involves. Except for discussing the case with your fellow jurors during your deliberations.

Do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it.  This includes discussing the case in person, in writing, by phone, tablet, computer, or any other means, via email, via text messaging, or any internet chat room, blog, website or application, including but not limited to Facebook, YouTube, Twitter, Instagram, LinkedIn, Snapchat, TikTok, or any other forms of social media.  This applies to communicating with your family members, your employer, the media or press, and the people involved in the trial.  If you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter and to report the contact to the court.

Do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, although I have no information that there will be news reports about this case; do not do any research, such as consulting dictionaries, searching the Internet, or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use Internet programs or other devices to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible.

These rules protect each party's right to have this case decided only on evidence that has been presented here in court. Witnesses here in court take an oath to tell the truth, and the accuracy of their testimony is tested through the trial process. If you do any research or investigation outside the courtroom, or gain any information through improper communications, then your verdict may be influenced by inaccurate, incomplete or misleading information that has not been tested by the trial process. Each of the parties is entitled to a fair trial by an impartial jury, and if you decide the case based on information not presented in court, you will have denied the parties a fair trial. Remember, you have taken an oath to follow the rules, and it is very important that you follow these rules.

A juror who violates these restrictions jeopardizes the fairness of these proceedings, and a mistrial could result that would require the entire trial process to start over. If any juror is exposed to any outside information, please notify the court immediately.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 3.2

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____

WITHDRAWN _____

### 3.3  COMMUNICATION WITH COURT

If it becomes necessary during your deliberations to communicate with me, you may send a note through the bailiff, signed by your presiding juror or by one or more members of the jury. No member of the jury should ever attempt to communicate with me except by a signed writing; I will communicate with any member of the jury on anything concerning the case only in writing, or here in open court. If you send out a question, I will consult with the parties before answering it, which may take some time. You may continue your deliberations while waiting for the answer to any question. Remember that you are not to tell anyone—including me—how the jury stands, numerically or otherwise, until after you have reached a unanimous verdict or have been discharged. Do not disclose any vote count in any note to the court.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 3.3

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . Fax (949) 756-9060

**3.5  RETURN OF VERDICT**

A verdict form has been prepared for you.  After you have reached unanimous agreement on a verdict, your foreperson should complete the verdict form according to your deliberations, sign and date it, and advise the clerk that you are ready to return to the courtroom.

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 3.5


GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

### 3.9  POST-DISCHARGE INSTRUCTION

Now that the case has been concluded, some of you may have questions about the confidentiality of the proceedings. Now that the case is over, you are free to discuss it with any person you choose. By the same token, however, I would advise you that you are under no obligation whatsoever to discuss this case with any person.

If you do decide to discuss the case with anyone, I would suggest you treat it with a degree of solemnity in that whatever you do decide to say, you would be willing to say in the presence of the other jurors or under oath here in open court in the presence of all the parties.

Finally, always bear in mind that if you do decide to discuss this case, the other jurors fully and freely stated their opinions with the understanding they were being expressed in confidence. Please respect the privacy of the views of the other jurors.

Finally, if you would prefer not to discuss the case with anyone, but are feeling undue pressure to do so, please feel free to contact the courtroom deputy, who will notify me and I will assist.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 3.9

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

## 4.2  LIABILITY OF CORPORATIONS – SCOPE OF AUTHORITY NOT IN ISSUE

Under the law, a corporation is considered to be a person. It can only act through its employees, agents, directors, or officers. Therefore, a corporation is responsible for the acts of its employees, agents, directors, and officers performed within the scope of authority.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 4.2

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

## 4.4  AGENT AND PRINCIPAL - DEFINITION

An agent is a person who performs services for another person under an express or implied agreement and who is subject to the other's control or right to control the manner and means of performing the services. The other person is called a principal. One may be an agent without receiving compensation for services. The agency agreement may be oral or written.


<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 4.4

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

## 4.5  AGENT – SCOPE OF AUTHORITY DEFINED

An agent is acting within the scope of authority if the agent is engaged in the performance of duties which were expressly or impliedly assigned to the agent by the principal.

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 4.5

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

### 4.9  BOTH PRINCIPAL AND AGENT SUED – NO ISSUE AS TO AGENCY OR AUTHORITY

The defendants are sued as principal and agent. The defendants The Sadr Law Firm is the principal and the defendant Kasra Sadr is the agent. If you find against Kasra Sadr, then you must also find against The Sadr Law Firm. However, if you find for Kasra Sadr, then you must also find for The Sadr Law Firm.


<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 4.9


GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

## 5.1  DAMAGES - PROOF

It is the duty of the Court to instruct you about the measure of damages.  By instructing you on damages, the Court does not mean to suggest for which party your verdict should be rendered.

If you find for the plaintiffs on the plaintiffs' Drivers Privacy Protection Act or Negligence claim, you must determine the plaintiffs' damages.  The plaintiffs have the burden of proving damages by a preponderance of the evidence.  Damages means the amount of money that will reasonably and fairly compensate the plaintiffs for any injury you find was caused by the defendants.  You should consider the following:

The statutory damages authorized for violation of the Drivers Privacy Protection Act;

The nature and extent of the injuries;

The loss of enjoyment of life experienced; and

The mental, physical, emotional pain and suffering experienced and that with reasonable probability will be experienced in the future.

It is for you to determine what damages, if any, have been proved.

Your award must be based upon evidence and not upon speculation, guesswork or conjecture.

<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 5.1 & 5.2

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

## 5.5  PUNITIVE DAMAGES

If you find for the plaintiffs on their claim that Defendants violated the Drivers Privacy Protection Act, you may, but are not required to, award punitive damages. The purposes of punitive damages are to punish a defendant and to deter similar acts in the future.  Punitive damages may not be awarded to compensate a plaintiff.

The plaintiffs have the burden of proving by a willful or reckless disregard of the law that punitive damages should be awarded and, if so, the amount of any such damages.

You may award punitive damages only if you find that the defendants' conduct that harmed the plaintiffs was willful or in reckless disregard of the plaintiffs' rights.  Conduct is willful if it is voluntary and intentional, but not necessarily malicious.  Conduct is in reckless disregard of the plaintiffs' rights if, under the circumstances, it reflects complete indifference to the plaintiffs' safety or rights, or if the defendants act in the face of a perceived risk that their actions will violate the plaintiffs' rights under federal law.

If you find that punitive damages are appropriate, you must use reason in setting the amount.  Punitive damages, if any, should be in an amount sufficient to fulfill their purposes but should not reflect bias, prejudice, or sympathy toward any party.  In considering the amount of any punitive damages, consider the degree of reprehensibility of the defendants' conduct, including whether the conduct that harmed the plaintiffs was particularly reprehensible because it also caused actual harm or posed a substantial risk of harm to people who are not parties to this case.  You may not, however, set the amount of any punitive damages in order to punish the defendants for harm to anyone other than the plaintiffs in this case.

In addition, you may consider the relationship of any award of punitive damages to any actual harm inflicted on the plaintiffs.

You may impose punitive damages against one or more of the defendants and not others and may award different amounts against different defendants.  Punitive damages may be awarded even if you award plaintiffs only nominal, and not compensatory, damages.

Authority
Ninth Circuit Manual of Model Civil Jury Instructions 5.5; 18 U.S.C. § 2724; *Proficio Mortg. Ventures, LLC v. F.S.B.* (D.Nev. Mar. 30, 2024, No. 15-cv-00510-RFB-MDC) 2024 U.S.Dist.LEXIS 59406, at *16; Black's Law Dictionary (11th Ed. 2019)

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . Fax (949) 756-9060

### 5.6  NOMINAL DAMAGES

The law that applies to this case authorizes an award of nominal damages.  If you find for the plaintiffs but you find that the plaintiffs have failed to prove damages as defined in these instructions, you must award nominal damages.  Nominal damages may not exceed one dollar.


<u>Authority</u>
Ninth Circuit Manual of Model Civil Jury Instructions 5.6

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

**CACI 203  PARTY HAVING POWER TO PRODUCE BETTER EVIDENCE**

You may consider the ability of each party to provide evidence. If a party provided weaker evidence when it could have provided stronger evidence, you may distrust the weaker evidence.

Authority
California Civil Jury Instructions 203

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

1

**CACI 204  WILLFUL SUPPRESSION OF EVIDENCE**

2          You may consider whether one party intentionally concealed or destroyed evidence. If you

3   decide that a party did so, you may decide that the evidence would have been unfavorable to that party.

4

5   <u>Authority</u>
    California Civil Jury Instructions 204

6

7   GIVEN _____

8   GIVEN AS MODIFIED _____
    REFUSED _____

9   WITHDRAWN _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . Fax (949) 756-9060

1

## CACI 205  FAILURE TO EXPLAIN OR DENY EVIDENCE

If a party failed to explain or deny evidence against him or it when he or it could reasonably be expected to have done so based on what he or it knew, you may consider his or its failure to explain or deny in evaluating that evidence.

It is up to you to decide the meaning and importance of the failure to explain or deny evidence against the party.


<u>Authority</u>
California Civil Jury Instructions 205

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

1

## CACI 400  NEGLIGENCE – ESSENTIAL FACTUAL ELEMENTS

Each of the Plaintiffs claim that they were harmed by each of the Defendants' negligence. To establish each of these claims, for each Plaintiff they must prove all of the following:

     1. That the Defendant was negligent;

     2. That the Plaintiff was harmed; and

     3. That the Defendant's negligence was a substantial factor in causing the Plaintiff's harm.

<u>Authority</u>
California Civil Jury Instructions 400

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . Fax (949) 756-9060

# CACI 401  BASIC STANDARD OF CARE

Negligence is the failure to use reasonable care to prevent harm to oneself or to others.

A person can be negligent by acting or by failing to act. A person is negligent if that person does something that a reasonably careful person would not do in the same situation or fails to do something that a reasonably careful person would do in the same situation.

You must decide how a reasonably careful person would have acted in Defendants' situation.


<u>Authority</u>
California Civil Jury Instructions 401

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

# P.1  ELEMENTS OF DPPA CLAIM

Each of the Plaintiffs has brought a claim alleging that the Defendants have violated the Driver's Privacy Protection Act ("DPPA").  In order for each Plaintiff to prevail on that plaintiff's DPPA claim as against each Defendant, that plaintiff has the burden of proving all of the following elements by a preponderance of the evidence:

1.  That the defendant knowingly, or with a failure to exercise reasonable care and inquiry into the origin of the information, obtained, disclosed, or used personal information;
2.  That the personal information was originally sourced from a motor vehicle record;
3.  That defendant's obtaining, disclosing, or use of the personal information was not for one of the purposes permitted by the DPPA.


Authority

18 U.S.C. § 2724 ["Cause of action. A person who knowingly obtains, discloses or uses personal information, from a motor vehicle record, for a purpose not permitted under this chapter [18 USCS §§ 2721 et seq.] shall be liable to the individual to whom the information pertains, who may bring a civil action in a United States district court"]); *Andrews v. Sirius XM Radio Inc*. (9th Cir. 2019) 932 F.3d 1253, 1259 [basic elements]; *Stallone v. Farmers Grp., Inc.* ["*Stallone*"] (D.Nev. Oct. 15, 2022, No. 2:21-cv-01659-GMN-VCF) 2022 U.S.Dist.LEXIS 188945 [liability separately and independently available for obtaining, disclosing, or using that information]; *In re USAA Data Sec. Litig*. (S.D.N.Y. Aug. 11, 2022, No. 21 CV 5813 (VB) 2022 U.S.Dist.LEXIS 144562, at *16 [liability continues after initial violation, i.e., liability exists for each person and on each occasion that the information is *redisclosed*]; *Gordon v. Softech Int'l, Inc*. 726 F.3d 54 [actual knowledge not required, DPPA includes a duty of reasonable care and reasonable inquiry into source of data for those engaged in purchasing and using this kind of information]; *Maracich v. Spears* (2013) 570 U.S. 48.)

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . Fax (949) 756-9060

**P.2  DAMAGES FOR VIOLATION OF THE DRIVERS PRIVACY PROTECTION ACT**

If you find that one or more of the defendants has violated the Drivers Privacy Protection Act, you may award each plaintiff:

1.  Actual damages, but no less than liquidated damages in the amount of $2,500; and

2.  Punitive damages upon proof of willful or reckless disregard of the law.

Authority
18 U.S. Code § 2724

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

# P.3  DEFINITION OF MOTOR VEHICLE RECORD

"Motor vehicle record" as used in the DPPA "means any record that pertains to a motor vehicle operator's permit, motor vehicle title, motor vehicle registration, or identification card issued by a department of motor vehicles[.]"


<u>Authority</u>
18 U.S. Code § 2725

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

1

## P.4  DEFINITION OF PERSONAL INFORMATION

2

"Personal information" as used in the DPPA "means information that identifies an individual, including

3

an individual's photograph, social security number, driver identification number, name, address (but not

4

the 5-digit zip code), telephone number, and medical or disability information, but does not include

5

information on vehicular accidents, driving violations, and driver's status." Personal information does

6

not need to be all of the above listed information; any of the items listed individually are defined as

7

personal information.

8

9

<u>Authority</u>
18 U.S. Code § 2725

10

11

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MADISON LAW, APC**
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

### P.5  PERMISSIBLE USES

The DPPA permits personal information to be obtained, disclosed, or used for the following purposes:

(1) For use by any government agency, including any court or law enforcement agency, in carrying out its functions, or any private person or entity acting on behalf of a Federal, State, or local agency in carrying out its functions.

(2) For use in connection with matters of motor vehicle or driver safety and theft; motor vehicle emissions; motor vehicle product alterations, recalls, or advisories; performance monitoring of motor vehicles, motor vehicle parts and dealers; motor vehicle market research activities, including survey research; and removal of non-owner records from the original owner records of motor vehicle manufacturers.

(3) For use in the normal course of business by a legitimate business or its agents, employees, or contractors, but only—

(A) to verify the accuracy of personal information submitted by the individual to the business or its agents, employees, or contractors; and

(B) if such information as so submitted is not correct or is no longer correct, to obtain the correct information, but only for the purposes of preventing fraud by, pursuing legal remedies against, or recovering on a debt or security interest against, the individual.

(4) For use in connection with any civil, criminal, administrative, or arbitral proceeding in any Federal, State, or local court or agency or before any self-regulatory body, including the service of process, investigation in anticipation of litigation, and the execution or enforcement of judgments and orders, or pursuant to an order of a Federal, State, or local court.

(5) For use in research activities, and for use in producing statistical reports, so long as the personal information is not published, redisclosed, or used to contact individuals.

(6) For use by any insurer or insurance support organization, or by a self-insured entity, or its agents, employees, or contractors, in connection with claims investigation activities, antifraud activities, rating or underwriting.

(7) For use in providing notice to the owners of towed or impounded vehicles.

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . Fax (949) 756-9060

(8) For use by any licensed private investigative agency or licensed security service for any purpose permitted under this subsection.

(9 )For use by an employer or its agent or insurer to obtain or verify information relating to a holder of a commercial driver's license that is required under chapter 313 of title 49.

(10) For use in connection with the operation of private toll transportation facilities.

(11) For any other use in response to requests for individual motor vehicle records if the State has obtained the express consent of the person to whom such personal information pertains.

(12) For bulk distribution for surveys, marketing or solicitations if the State has obtained the express consent of the person to whom such personal information pertains.

(13) For use by any requester, if the requester demonstrates it has obtained the written consent of the individual to whom the information pertains.

(14) For any other use specifically authorized under the law of the State that holds the record, if such use is related to the operation of a motor vehicle or public safety.

<u>Authority</u>
18 U.S. Code § 2721(b)

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

## P.6  ATTORNEY-EXEMPTION UNDER CALIFORNIA LAW

California law, as mandated by the federal Drivers Privacy Protection Act, allows an attorney to obtain Personal Information from the California DMV if the attorney states, under penalty of perjury, that the motor vehicle or vessel registered owner or driver residential address information is necessary in order to represent his or her client in a criminal or civil action that directly involves the use of the motor vehicle or vessel that is pending, is to be filed, or is being investigated. Information requested pursuant to this subdivision is subject to all of the following:

**(1)** The attorney shall state that the criminal or civil action that is pending, is to be filed, or is being investigated relates directly to the use of that motor vehicle or vessel.

**(2)** The case number, if any, or the names of expected parties to the extent they are known to the attorney requesting the information, shall be listed on the request.

**(3)** A residence address obtained from the department shall not be used for any purpose other than in furtherance of the case cited or action to be filed or that is being investigated.

**(4)** If an action is not filed within a reasonable time, the residence address information shall be destroyed.

**(5)** An attorney shall not request residential address information pursuant to this subdivision in order to sell the information to a person.

**(6)** Within 10 days of receipt of a request, the department shall notify every individual whose residence address has been requested pursuant to this subdivision.


<u>Authority</u>
*Cal. Veh. Code* § 1808.22(d)

GIVEN _____
GIVEN AS MODIFIED _____
REFUSED _____
WITHDRAWN _____

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA AKKAWI, an individual; YASMIN AKKAWI, an individual; KATELYN J. BUTTON, an individual; ERIC STELL, an individual; STEVE W. FOX, an individual; EDMOND TARVERDIAN, an individual;<br><br>        Plaintiffs,<br><br>v.<br><br>KASRA SADR, an individual; CAR LAW FIRM, a business entity form unknown; THE SADR LAW FIRM, a professional law corporation; NATIONWIDE VIN MARKETING, a business entity form unknown; RYAN BANCAYA, an individual; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: 2:20-cv-01034-MCE-AC<br>Assigned to: Judge Dena Coggins<br><br>**PLAINTIFFS' PROPOSED GENERAL VERDICT**<br><br>Action Filed:        May 20, 2020<br>Trial Date:        August 25, 2025 |

**GENERAL VERDICT**

We the jury, in the above-entitled action, answer the following verdict on the questions submitted to us:

1.  Are Defendants Kasra Sadr, Car Law Firm, The Sadr Law Firm, and/or Nationwide Vin Marketing liable to Plaintiffs Diana Akkawi, Yasmin Akkawi, Katelyn J. Button, Eric Stell, Steve W. Fox, and Edmond Tarverdian (collectively "Plaintiffs") for violation of the Driver's Privacy Protection Act (18 U.S.C. § 2721, et seq.)?

        _____ Yes    _____ No

    If you answered yes, answer Question 2.  If you answered no, skip to Question 4.

2.  If you answered yes to Question 1, check the box for the Defendants who you have found liable to Plaintiffs for violations of the Driver's Privacy Protection Act (18 U.S.C. § 2721, et seq.)

    ☐   Defendant Kasra Sadr
    ☐   Defendant Car Law Firm
    ☐   Defendant The Sadr Law Firm
    ☐   Defendant Nationwide Vin Marketing

    Answer Question 3.

3.  If you answered yes to Question 1, what are Plaintiffs' damages for violations of the Driver's Privacy Protection Act (18 U.S.C. § 2721, et seq.) as against the Defendants you identified as liable in Question 2?

        General Damages:        $_____

        Punitive Damages:       $_____

    Answer Question 4.

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 ... Fax (949) 756-9060

4.    Are Defendants Kasra Sadr, Car Law Firm, The Sadr Law Firm, and/or Nationwide Vin Marketing liable to Plaintiffs for negligence?

_____ Yes  _____ No

If you answered yes, answer Question 5.  If you answered no, answer no further questions and have this form signed by the Presiding Juror.

5.    If you answered yes to Question 4, check the box for the Defendants who you have found liable to Plaintiffs for negligence

☐    Defendant Kasra Sadr

☐    Defendant Car Law Firm

☐    Defendant The Sadr Law Firm

☐    Defendant Nationwide Vin Marketing

6.    If you answered yes to Question 4, what are Plaintiffs' damages for negligence as against the Defendants you identified as liable in Question 5?

General Damages:      $_____

Dated: _____

Signed: _____

Presiding Juror

After this verdict form has been signed, notify the courtroom attendant that you are ready to present your verdict in the courtroom.